**Brookdale Senior Living Inc. (BKD)**  　　　　　　　　　　　　　　　　　　**Posey, Christopher Michael, Sr.**

## List of Purchases and Sales

| Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 3/6/2019 | Purchase | 100 | $6.3700 |