| | |
|---|---|
| CHRISTOPHER MICHAEL POSEY, SR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING INC., LUCINDA M. BAIER, T. ANDREW SMITH, and STEVEN E. SWAN,<br><br>Defendants. | Case No. 3:20-cv-00543<br><br>Honorable Aleta A. Trauger<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF CORY SKILLIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Ivy T. Ngo, hereby declare as follows:

1. I am Of Counsel at Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Cory Skillin, and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff for the Class and approval of his selection of RCF as Lead Counsel and Glankler Brown, PLLC, as Local Counsel for the Class.

3. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:    Firm Resume of Glankler Brown;

Exhibit B:    Redacted Comprehensive Criminal Report of Daniel Struve;

Exhibit C:    August 23, 2020 Facebook post by Daniel Struve and associated comments;

Exhibit D:    August 30, 2020 Facebook post by Daniel Struve; and

Exhibit E:    August 18, 2020 Facebook post by Daniel Struve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2020 at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that this document was filed through the CM/ECF system and will be served pursuant to the Civil Docket for Case #: 3:20-cv-00543 on this 8th day of September 2020, as follows:

**Electronic Mail Notice List**
The following are those who are currently on the CM/ECF list to receive email notices for this case:

**Britt K. Latham**
blatham@bassberry.com  bmccaskill@bassberry.com  briana.sprick.schuster@bassberry.com  lbilbrey@bassberry.com

**Geoffrey J. Ritts**
gjritts@jonesday.com

**J. Alexander Hood, II**
ahood@pomlaw.com

**James A. Holifield, Jr.**
aholifield@holifieldlaw.com  sjohnson@holifieldlaw.com

**Jeremy A. Lieberman**
jalieberman@pomlaw.com  disaacson@pomlaw.com  lpvega@pomlaw.com

**Patrick V. Dahlstrom**
pdahlstrom@pomlaw.com

**Paul Kent Bramlett**
pknashlaw@aol.com

**Robert P. Bramlett**
robert@bramlettlawoffices.com

**Manual Notice List:**
No manual recipients

/s/ Saul C. Belz
Saul C. Belz

2