# EXHIBIT A



**6000 Poplar Avenue, Suite 400**

**Memphis, Tennessee 38119**

**901.525.1322**

**www.glankler.com**

# Table of Contents

I. **About Us**

II. **Glankler Brown Business/Corporate/Regulatory Practice Area Description**

III. **Glankler Brown Real Estate & Secured Lending Law Practice Area Description**

IV. **Glankler Brown Litigation Practice Area Description**

# GLANKLER BROWN.
## ATTORNEYS

# ABOUT US

## SINCE 1918.

Glankler Brown, PLLC has long been part of the fabric of a storied city and the region it serves as capital of culture and commerce. The work of our attorneys has supported the growth of its citizens and its industry, its art and legacy, its health and progress.

## WE ARE GLANKLER BROWN.

Across all that time and through all that experience – in the course of building an almost legendary reputation in litigation, in the process of earning the kind of respect in more than 30 areas of law that only results can bring – there has been one common thread in that fabric.

## WE ARE RESOLVED.

We strive to provide every client thorough knowledge of the law, uncompromising professionalism, steadfast determination, and timely, meaningful and measurable response.

## PERIOD.

Our continuing success is in large measure due to our continuing dedication to those principles. So are our enduring and continuing relationships with clients such as the City of Memphis, Memphis-Shelby County Airport Authority, Elvis Presley Enterprises and Sun Trust Bank to name but a few.

## RECOGNIZED. IN MEMPHIS, ACROSS THE COUNTRY, AROUND THE WORLD.

Based in Memphis, Tennessee, Glankler Brown attorneys represent clients across a wide spectrum of business and personal issues throughout the United States and abroad. We have attorneys licensed in Tennessee, Mississippi, Arkansas, Alabama, Georgia, New York, Louisiana, Illinois and Maryland, as well as Washington, D.C. We are, at heart, a local firm, but we have far-reaching regional, national and international capabilities.

Our firm and many of our attorneys have received the highest rating for legal ability and ethical standards by Martindale-Hubbell, and several Glankler Brown members are listed in The Best Lawyers in America. The firm has received honors from Chambers & Partners USA Leaders in their Fields, and Business TN magazine's Top 150 Lawyers and Top 150 CRE (top 150 most influential people in Commercial Real Estate). Several of our attorneys are members of the American College of Trial Lawyers and the American College of Estate Planning Counsel.

# GLANKLER BROWN.
## ATTORNEYS

**Practice Areas**

**Litigation and Dispute Resolution**
Appellate Advocacy
Bank & Trust Litigation
Class Actions
Business & Commercial Litigation
Conflict Management/Alternative Dispute Resolution
Construction Litigation
Criminal Defense
Director, Officer and Professional Liability
Employee Benefits & ERISA Litigation
Employment & Labor Law
Family & Domestic Law
Healthcare Law & Hospital Administration Litigation
Insurance Coverage Litigation
Medical Malpractice
Non-Compete Agreements
Personal Injury Litigation
Products Liability Litigation
Securities/ Broker-Dealer
Trademark & Copyright
Transportation & Logistics Litigation
Workers' Compensation

**Business/Corporate/Regulatory**
Banking
Bankruptcy
Construction Contracts
Corporate & Business Transactions
Corporate Finance & Securities
Creditors' Rights
Employee Benefits Compliance
Environmental Law
Estate Planning & Probate
Hospital Administration
Intellectual Property & E-Commerce
Public Finance
Real Estate & Secured Lending Law
Tax Strategies
Transportation & Logistics
Venture Capital / Private Equity
Wealth Transfer Planning

# BUSINESS/CORPORATE/

# REGULATORY

# GLANKLER BROWN.
## ATTORNEYS

## Banking

**Our banking practice encompasses a broad range of lending, regulatory, corporate, securities, transactional and litigation matters.**

Our clients include a wide array of financial institutions such as commercial banks, bank holding companies, thrift institutions and mortgage companies, as well as those individuals affiliated with such institutions.

We represent a number of banks and other institutions in commercial and real estate lending transactions. We monitor state and federal legislative and regulatory developments affecting financial institutions, their affiliates and their securities. We counsel our banking and financial institution clients with regard to complicated compliance and enforcement matters, as well as assisting our clients with numerous types of transactions including, but not limited to, secured transactions and structured financing. We also advise trust departments on fiduciary matters.



# Bankruptcy

**An important part of our representation of financial institutions is our practice in the field of creditors' rights and the representation of secured interests.**

Other than representing institutional home mortgage lenders in Chapter 13 proceedings and unrelated pro bono matters, our practice in this area is exclusively commercial.

Although, on occasion we have represented many successful reorganizations of qualified debtors, our practice in this area primarily relates to the protection of the rights and interests of secured parties in the bankruptcy process. We have taken an active role in the representation of creditors' committees appointed by the bankruptcy court to represent the interest of unsecured creditors as a group in the reorganization process. In this context, we have assisted in the representation of debt-for-equity swaps pursuant to the issuance of new stock under the securities exemptions included in the bankruptcy code.

In addition to the restructuring of financial arrangements, the bankruptcy process frequently affords extraordinary acquisition opportunities for sophisticated clients who are generally familiar with the risks and rewards associated with such endeavors. We have broad experience in the representation of venture capitalists and merchant bankers, both through the reorganization and debt structure of an entity's financial arrangements and through the sale and purchase of assets and clear of prior liens and encumbrances.



# Construction Contracts

**OUR EXPERIENCE CAN ENSURE THAT YOUR NEEDS AND REQUIREMENTS ARE MET, AND THAT YOUR BEST INTERESTS WILL BE PROTECTED THROUGHOUT THE ENTIRE CONTRACT PROCESS.**

Glankler Brown is well equipped to assist you when a construction project commences when it is important to ensure that the terms of a construction contract are negotiated and drafted to protect certain interests and rights.

We will review all components of a project, the terms and conditions of the contract, the scope of work, the payment and delivery schedules and other important details. Our construction law attorneys can help contractors, sub-contractors, construction managers, engineers, architects, and property owners in construction contract formation with the drafting and review of construction contracts.

**GLANKLER BROWN.**
ATTORNEYS

# Corporate & Business Transactions

**Business Planning**

- Strategic advice on appropriate structures for conducting business
- Create buy-sell and other owner-equity agreements

**Mergers and Acquisitions**

- Represent public and private buyers, sellers and financial intermediaries
- Guide clients through securities, tax, real estate and environmental laws
- Industry roll-ups

**Sale of Business or Division**

- Advise sellers, buyer and shareholders
- Identify transaction alternatives
- Structure due diligence and pricing matters
- Manage the process and closing

**Franchising**

- Advise on franchising as a financing tool
- Structure relations between franchisors and franchisees
- Document the strategic relationship

# GLANKLER BROWN.
### ATTORNEYS

## Corporate Finance & Securities

**Regulation**

Glankler Brown has strong expertise in a full range of corporate finance and securities transactions. This Practice Group focuses on corporate finance and securities, structured finance and financial services regulation.

Structured Finance includes asset securitizations, off-balance sheet financing, publicly underwritten and privately placed secured and unsecured corporate financings, 144A financings and project financings. Members of this Practice Group have represented public and private commercial banks, insurance companies, other financial institutions, broker/dealers and major corporations in their roles as purchasers, underwriters, issuers, credit enhancers, trustees, originators, investors and sellers. We have assisted in obtaining ratings and making presentations and prepared related documentation.

**Corporate Finance and Securities**

- Assure compliance with federal and state securities laws
- Negotiate terms of financing
- Prepare documentation
- Consummate registered public offerings
- Secondary offerings
- Rule 144 offerings
- Blue sky matters
- Asset Securitizations (Grantor Trusts, Owner Trusts, REMICs, FASITs)

**Mortgage-Backed Securities**

- Mortgages
- Automobile Loans
- Credit Card Receivables
- Lease Receivables
- Other Receivables
- Commercial Loan Portfolios, Including Troubled Loans
- Streams of Future Income
- Structured Finance
- Commercial Paper Conduits
- Interest Rate Swaps

# GLANKLER BROWN.
## ATTORNEYS

- Deverticalization of Operating Assets
- Syndicated Bank Financing
- Project Financing
- Financial Services Regulation

Glankler Brown advises broker-dealers, investment advisors and hedge funds in their business, including formation and licensing and federal and state regulatory compliance.

# GLANKLER BROWN.
## ATTORNEYS

## Creditors' Rights

**Whether we are representing secured or unsecured creditors, our lawyers are constantly aware that a cost-benefit analysis of taking action is always important to our client, and we handle matters in an efficient and economical manner.**

Our firm offers representation of secured creditors in structuring appropriate security for debts owed to them in both real estate and non-real estate collateral.

We also assist clients in enforcing rights under various types of security documents through:

- litigation
- receiverships
- bankruptcy filings and claims processing
- foreclosure
- enforcement of rights under security agreements relating to personal property.

Our firm has represented secured creditors of all sizes, including some of the largest secured lenders in our area and in the nation. We also represent unsecured creditors in the enforcement of their rights.

While the primary focus of our practice is in Tennessee, we also have lawyers who are licensed to practice in Arkansas and Mississippi as well as Alabama, South Carolina and New York.

# GLANKLER BROWN.
ATTORNEYS

## Employee Benefits Compliance

**Glankler Brown's attorneys have years of expertise in the design, funding, and administration of various types of employee benefit plans, including health and welfare benefit plans, pension plans, defined contribution and 401(k) plans, and cafeteria plans.**

Our attorneys are intimately familiar with the Employee Retirement Income Security Act of 1974, as amended (ERISA), which is one of the largest and encompassing statutes ever passed by the federal government. We advise employers, plan sponsors, plan trustees, fiduciaries, third party administrators, insurers, financial institutions, mutual fund companies, and investment professionals on ERISA compliance and legal issues, including:

- Compliance with ERISA fiduciary duties
- Provider contract negotiation and preparation
- Third party administrator contract negotiation and preparation
- Drafting of employee benefit plans and Summary Plan Descriptions
- Amendment and termination of benefit plans
- Benefit Claims
- ERISA reporting and disclosure requirements
- ERISA recordkeeping requirements
- Negotiation and preparation of agreements with third party administrators for employee benefit plans
- Trust agreements and custodial arrangements
- Use of plan assets
- Selection and monitoring of service providers, such as trustees, recordkeepers, investment consultants and investment managers
- Negotiation and preparation of agreements with service providers
- Fiduciary audits
- HIPAA Compliance

Our goals are to assist our clients to fulfill their fiduciary responsibilities, serve their employees well and avoid litigation or expensive disputes.

When litigation or disputes are imminent, our ERISA attorneys are well prepared to engage in a multiple types of litigation falling under ERISA's broad reach. Our ERISA attorneys have represented employers, employees, plans, plan sponsors, third party administrators, insurers, providers, and others in a variety of ERISA related matters, including:

# GLANKLER BROWN.
## ATTORNEYS

- Claims for health benefits under an ERISA qualified health plan regarding covered or non-covered health care and experimental procedures
- Claims for disability benefits under an ERISA qualified disability plan
- Breach of fiduciary duty
- Wrongful denial of benefits
- Claims involving prohibited transactions
- Breach of third party administrator services agreement
- Misrepresentation and nondisclosure claims
- Managed Care litigation
- Retiree welfare benefit claims
- Interference with protected rights
- Spousal rights
- COBRA Litigation
- Employee stock ownership plan disputes
- Spousal rights and qualified domestic relations orders

# GLANKLER BROWN.
### ATTORNEYS

## Environmental Law

**Our lawyers represent clients in a broad range of litigation and transactional matters involving environmental and occupational safety and health laws, rules and regulations.**

Glankler Brown has hands-on knowledge of environmental law.

We have litigated CERCLA cost recovery actions filed by governmental entities and private parties, other enforcement actions undertaken by the United States Environmental Protection Agency, state and local environmental regulatory authorities, and OSHA enforcement actions.

In addition to litigation, we work closely with our firm's real estate and business practice groups concerning environmental issues in real estate and business transactions. This includes frequently working with clients on brownfield redevelopments and similar property transactions; the investigation and cleanup of contaminated properties; assisting efforts to limit liability and risk in real estate and business transactions; drafting and negotiating contract provisions; and counseling clients who have environmental issues affecting the acquisition, financing, development, operation, and/or sale of real estate development projects.

The firm's experience includes:

- Representation of developers, sellers and purchasers of real estate in negotiating and drafting brownfield redevelopment agreements with the Tennessee Department of Environment and Conservation.
- Counseling clients in spill or release reporting requirements.
- Counseling and assisting clients in the disclosure of environmental violations so as to take advantage of penalty reduction policies afforded by the United States Environmental Agency and the Tennessee Department of Environment and Conservation.
- Representation of clients in the defense of enforcement actions initiated by the United States Environmental Protection Agency, the Tennessee Department of Environment and Conservation and the Pollution Control Section of the Memphis and Shelby County Health Department.
- Representation of clients in the sale and purchase of plant facilities where environmental compliance issues were investigated and corrected.
- Representation of clients in the negotiation of permit conditions (including air emissions permits and stormwater discharge permits) and in actions to contest permit conditions.
- Representation of clients in the defense of environmental cost recovery actions.

**GLANKLER BROWN.**
ATTORNEYS

- Representation of clients in the negotiations and/or drafting of contract and lease provisions allocating responsibilities under the environmental laws and regulations.
- Counseling of clients in a variety of environmental compliance obligations.
- Drafting comments on proposed regulations that will or may affect our clients' businesses.
- Consulting with clients on work place exposure and safety.

## GLANKLER BROWN.
ATTORNEYS

# Estate Planning & Probate

**Glankler Brown has one of the largest and most experienced estate planning and probate practice groups in the Mid-South.**

Our estate planning and probate practice group includes attorneys who are Certified Public Accountants, attorneys that have LLM (Masters in Taxation) degrees, and one attorney who is named as a Fellow of the American College of Trust and Estate Counsel. Several of our estate planning and probate attorneys sit as Special Judges in the Probate Court of Shelby County, Tennessee, are consistently named Best Lawyers by their peers locally, regionally and nationally, and have published articles in various publications on a number of estate planning and probate topics.

Additionally, Glankler Brown's estate planning and probate attorneys are regularly involved in professional activities and speaking engagements such as lecturing at continuing legal education seminars in the areas of tax, probate and estate planning, and are active participants in the tax and probate sections of the American Bar Association and the Tennessee Bar Association, the Estate Planning Council of Memphis, the Planned Giving Council of Memphis, and other professional, national and community organizations associated with estate planning and probate work. The attorneys within our estate planning and probate practice groups possess both the experience and knowledge to not only assist clients with developing basic estate plans and probating simple estates, but also have the expertise to advise clients with regard to very complex estate planning and probate matters.

Our estate planning attorneys frequently assist clients with extensive estate planning issues while always personalizing their work to address the specific situation and needs of each client. This work includes, but is not limited to, business succession planning, charitable and family giving, will, trust and other estate planning document drafting, life insurance matters, comprehensive tax planning including the reduction and elimination of tax liability, entity creation and addressing numerous other estate planning issues.

Glankler Brown's probate attorneys assist clients with various administrative matters such as estate and trust administration, preparation of inheritance, gift, estate and income tax returns, consideration of post-mortem tax planning, counseling clients with regard to the creation and administration of conservatorships, guardianships and trusts of all kinds, representation of clients concerning tax audits and disputes among interested parties to an estate or trust, and assisting clients with estate valuation and accounting issues.

# GLANKLER BROWN.
ATTORNEYS

# Hospital Administration

**Glankler Brown has vast experience in the ever-changing world of healthcare law.**

Our firm regularly represents healthcare industry clients in major litigation matters and has a rich history of representing hospitals, physicians, nurses and other healthcare providers in a variety of contexts including medical malpractice defense, contracting issues and labor and employment issues. We have also represented health insurers and self-insured entities in a variety of contexts.

In addition, our firm regularly assists hospitals with legal compliance and administrative issues dealing with the variety of laws applicable to patients and providers.  Specifically, our firm has extensive experience and expertise in the following areas:

- Medical network contract negotiations
- Case Management Systems recovery audits
- Clinical research operations and compliance
- Medicare and Medicaid compliance and billing
- Embezzlement and fraud investigations
- Benefit litigation
- False Claims Act compliance and litigation
- Peer Review Board compliance and administrative appeals
- Third party administrator contract negotiations and managed care contract negotiations
- Stark Act and Anti-Kickback Statute compliance and litigation
- HIPAA compliance, training, and litigation

We have extensive experience with defending of claims under the Employment Retirement Income Security Act (ERISA) claims for breach of fiduciary duty under ERISA, issues and litigation under the Comprehensive Omnibus Reconciliation Act (COBRA), as well as related state law claims, including bad faith claims.

Our attorneys strive to keep abreast of this constantly changing area of the law in order to assist its clients with proper compliance and to avoid unnecessary and undesired litigation.

# GLANKLER BROWN.
ATTORNEYS

# Intellectual Property & E-Commerce

**Your ideas, designs, inventions, technology, trademarks, employees and business relationships are important assets. They are critical to your business - now and in the future.**

We design and implement strategies for the development, maintenance, protection, and commercialization of these valuable assets. We are able to help our clients develop new technology, new products, and new markets - in short, new opportunities.

Our clients include individual entrepreneurs, small businesses, venture capitalists, emerging companies and multinational corporations. We share in their future by helping them manage it.

**Intellectual Property**
- Trademarks
- Trade Secrets
- Copyrights
- Domain Names
- Licensing
- Rights of Publicity
- Entertainment Law
- Franchising
- E-Commerce

**Website Development, Hosting and Maintenance Agreements**
- Domain Names
- Protection of Proprietary Software
- Advertising and Promotional Matters
- E-Commerce Tax Aspects
- Website Policies, Disclaimers and User Agreements
- Content Agreements
- Strategic Alliances
- Distribution Agreements
- Privacy
- Privacy Policies
- Privacy Compliance and Audits
- Workplace Privacy
- First Amendment Issues
- Litigation

# GLANKLER BROWN.
### ATTORNEYS

**Infringements, Theft and Disputes Over Intellectual Property Rights**

- Counterfeiting/"Palming off"
- Unfair Competition
- Deceptive Trade Practices or False Advertising
- Business Defamation/Libel

# GLANKLER BROWN.
ATTORNEYS

## Public Finance

**Glankler Brown's public finance group includes attorneys listed in Best Lawyers in America and Chambers & Partners America's Leading Lawyers for Business.**

Our public finance attorneys serve as counsel to Memphis-Shelby County Airport Authority and the Fayette County Industrial Development Board, and are members of the National Association of Bond Lawyers.

We provide counsel to banks, trustees, underwriters, and other business clients regarding tax matters with tax-exempt and taxable debt relating to mergers, acquisitions, expansions and closings. Attorneys in the group have served as bond counsel in a variety of tax-exempt bond matters, including general municipal finance, industrial development, higher education, health care and housing matters, utility, and general government purpose issues; and in other capacities, such as trustee's counsel, developer's counsel, issuer's counsel, underwriter's counsel and counsel to companies using or benefiting from tax-exempt financings, including preparation and review of disclosure documents.

Our attorneys have extensive experience in representing governmental issuers and conduit borrowers in all phases of tax-exempt bonds and in connection with PILOTs (payment-in-lieu of tax incentives), including serving as borrower's counsel to The Trezevant Episcopal Home in connection with the issuance of over $49 million dollars of tax-exempt bonds by the Shelby County Health, Educational and Housing Facility Board.

Glankler Brown attorneys have appeared before all local boards with PILOT and revenue bond authority, including Memphis & Shelby County Industrial Development Board, Memphis Center City Revenue Finance Corporation, The Health, Educational and Housing Facilities Board of the City of Memphis, Tennessee, The Health, Educational and Housing Facilities Board of Shelby, Tennessee, and similar boards in other counties and states.

Additionally, our attorneys work with other practice groups within the firm to address the structuring as such issues, as well as providing advice and counsel regarding financing, land and property acquisition, and general corporate and business matters.

PILOT LEASES FOR WHICH GLANKLER BROWN PROVIDED LEGAL ASSISTANCE TO THE PROPERTY OWNER OR THE LESSEE

MEMPHIS AND SHELBY COUNTY INDUSTRIAL DEVELOPMENT BOARD

- Client: Telecorp, Project Size: Approximately $61,000,000.00

# GLANKLER BROWN.
## ATTORNEYS

- Client: Wilmont Hotel Limited Partnership, Project Size: Approximately $14,000,000.00
- Client: AR Memphis, LLC, Applicant/Sublessee: Jabil Global Services, Inc., Project Size: Approximately $8,450,000
- Applicant/Sublessee: Newell Home Hardware Companies, Lessee: Memcal Holding Company, Project: 200,000 sf manufacturing and warehouse facility
- Applicant/Sublessee: Toshiba America Information Systems, Lessee: Corporate Estates, Inc., Mitchell Investments, LLC, Project: 100,000 sf distribution center
- Applicant/Sublessee: Honeywell, Inc., Lessee: Corporate Estates, Inc., Mitchell Investments, LLC, Project: 700,000 sf facility of which Honeywell subleased 500,000 sf
- Applicant /Sublessee: Genesis Direct, Lessee: Corporate Estates, Inc., Mitchell Investments, LLC, Dr. Charles Kessinger, J & C Investments, LLC, Project Size: Approximately $14,170,000
- Applicant/ Sublessee: Memlo Logistics, Lessee: Mercy San Juan Joint Venture, Panattoni/ Van Valkenburgh Joint Venture, Memcal Holding Corporation, Mitchell Investments, LLC, Project: 250,600 sf distribution facility
- Applicant/Sublessee: Darby Fulfillment Services, LLC, Lessee: Corporate Estates, Inc., D & N Investments, LLC, Project: 449,000 sf facility of which Darby subleased 140,000 sf,
- Applicant/Sublessee: Autozone/Darby, Lessee: Carl D. Panattoni, John E. Van Valkenburgh, Project: Approximately 280,000 sf in distribution facility
- Applicant/Sublessee: Accreedo, Lessee: Windsor at Century Center 1670 LLC, GID Investment Advisers LLC, Project Size: $4,400,000 Office space

INDUSTRIAL DEVELOPMENT BOARD OF THE TOWN OF COLLIERVILLE, SHELBY COUNTY

- Client: Central Woodwork, Inc. and Schaefer, LLC, Project Size: Approximately $8,000,000.00

CITY OF BROWNSVILLE INDUSTRIAL DEVELOPMENT BOARD, HAYWOOD COUNTY

- Client: Haywood Energy Center, LLC, Project Size: In excess of $400,000,000

THE HEALTH, EDUCATIONAL & HOUSING FACILITY BOARD OF THE COUNTY OF SHELBY, TENNESSEE

- Client: Countryside North Apartments, L.P., Whitney Capital Company, L.L.C., Project: $5,500,000 Unit Apartment Complex
- Client: Housing Corporation of America, Whitney Capital Company, L.L.C., Project: $7,800,000, 167 Unit Apartment Complex, Apartments at Hedgerow
- Client: Creekside Landing Apartments, L.P., Whitney Capital Company, L.L.C., Project: $4,800,000, 248 Unit Apartment Complex, Creekside Landing Apartments

# Tax Strategies

**Glankler Brown has extensive experience in a wide variety of transactional matters involving a multitude of complicated federal, state and local tax issues.**

Our tax lawyers work closely with attorneys from each of the other Sub-Practice Groups within Glankler Brown's Business, Tax and Estate Planning Practice Group. This enables us to tailor our services to the needs of each client, and to develop and implement tax efficient strategies to provide substantial value to the client's transactions in which we are involved. In addition to representing both businesses and individuals in connection with all aspects of federal and state tax controversies, including preparation for audits and representation during audits and proceedings in front of state and local administrative tribunals, state district and appellate courts, the United States Tax Court and federal appellate courts, Glankler Brown's tax lawyers provide a wide range of tax planning services and strategies for our clients as indicated below.

BUSINESS PLANNING

- Work with Corporate and Business Transaction attorneys to provide clients with advice as to proper choice of business entity structure for the client's needs and objectives
- Counsel clients regarding advantages and disadvantages of various business entity structures under different circumstances
- Plan and implement tax efficient ownership succession and continuity strategies
- Plan and implement state and local tax strategies for businesses in order to minimize effects of taxation
- Advise clients regarding applicability of state and local business taxes, franchise taxes, excise taxes, transient occupancy taxes, sales and use taxes and other state and local taxes imposed upon business and their customers
- Advise clients on tax issues relating to real estate transactions and investments• Work with Corporate and Business Transaction attorneys to provide efficient tax planning for mergers, acquisitions, reorganizations, divestitures, joint ventures and financing alternatives
- Work with other Real Estate and Secured Lending, Corporate and Business Transaction, and Corporate Finance and Securities lawyers, as well as lawyers within our litigation departments, on tax implications of various agreements entered into by our clients
- Counsel clients on professional service corporation planning
  Assist clients with income tax planning

**GLANKLER BROWN.**
ATTORNEYS

- Provide advice to clients regarding different tax credits and incentives available to taxpayers
- Counsel clients regarding employment tax classifications and compliance with employment tax laws and withholding requirements
- Organize and prepare all necessary documents for non-profit entities, obtain letters and determinations of tax-exempt status from the Internal Revenue Service and other applicable departments and advise boards of directors, special committees and officers regarding proper governance practices to ensure issuance and maintenance of tax-exempt status

PERSONAL INCOME TAX PLANNING AND STRATEGIES

- Counsel clients regarding tax-efficient investment strategies
- Assist clients with income and estate tax planning
- Advise clients on advantages and disadvantages of, and assist clients with planning for and implementing like-kind exchanges and other tax deferral strategies
- Develop and implement tax-efficient plans and strategies for individuals to organize their assets and business affairs in a tax-efficient structure

TAX PROCEDURE

- Audits
- Appeals
- Ruling Requests

# GLANKLER BROWN.
## ATTORNEYS

## Venture Capital / Private Equity

**Our attorneys have industry leading experience in all aspects of capital financing, from seed capital to venture capital, as well as mature private equity transactions, management and other leveraged buyouts, and recapitalizations.**

We advise lenders and other financial institutions involved in private equity transactions, as well as management teams, portfolio companies, and family companies. We also understand the venture capital financing process and the discriminating standards by which venture capitalists critique business models and the dynamics of multi-investor groups and multiple rounds of financing. We not only provide early round financing solutions, but also advise these clients as they continue to grow their businesses. In challenging economic times, our ability to handle not only the sophisticated documentation involved in a large transaction, but our proactive approach towards structuring a variety of equity and debt instruments enables us to maximize our clients' positions in potential and ongoing investments.

We have substantial experience in the formation, capitalization, and operating activities of private equity investment funds. We also provide expertise in structuring management and advisory agreements, parallel funds, co-investment and non-compete arrangements, and related transactions. Our lawyers work collaboratively across a range of practice areas including finance, tax, ERISA, real estate, securitization, and environmental law to structure innovative, market-sensitive solutions. We also know that our expertise in the law is only one tool in serving the complex needs of our clients — we must also understand our clients' businesses and investment objectives. This understanding creates an integrated and seamless fusion between our firm and yours, allowing us to create specific solutions tailor made for each client. Throughout our 90-plus year history, the close personal relationships developed with our business clients continue to set us apart and provide the foundation for client service and satisfaction.

**Venture Capital**

- High tech
- Internet
- E-commerce
- Seed money
- Early stage
- Growth equity
- Fund formation (domestic and foreign)
- Leveraged or Management Buyout

# GLANKLER BROWN.
## ATTORNEYS

**Subsidiary or Division of Publicly Held Companies**

- Privately-held Company
- Management Buy-In
- Family Succession
- Bankruptcy or Non-Bankruptcy Workout of Over-Leveraged or Troubled Company
- Turn-Around Investments, Recapitalizations
- Designing Subordinated Debentures, Preferred Stock, Common Stock
- Warrants and Convertible Debt and Equity Securities
- Designing Equity-Based Executive Compensation Arrangements
- Effecting Private Equity Investor's Exit
- Strategic Alliances
- Joint Ventures

# GLANKLER BROWN.
## ATTORNEYS

# Wealth Transfer Planning

**Our attorneys counsel individuals and businesses with regards to the most state-of-the-art strategies for preserving and protecting family wealth.**

In doing so, we work closely together with our Estate Planning, Probate and Tax professionals in engineering and implementing creative strategies in order to transfer assets from one generation to the next while minimizing the tax cost of transferring wealth within the client's family. Due to the complexity of today's tax and property laws, it is important for an individual, a business or his, her, or its advisors to develop a comprehensive plan aimed at preserving wealth and minimizing the various tax and administrative burdens which may otherwise occur upon death.

The primary services provided by the Wealth Transfer Planning Sub-Practice Group can be divided into two basic components:

Core Wealth Transfer Planning & Strategies

- Counsel individuals regarding family wealth transfer strategies
- Develop and implement long-term plans for protecting client's financial security during life while minimizing taxes imposed at death, avoiding unnecessary complexities and ensuring that assets are distributed according to the client's intentions
- Prepare Wills and other related documents to maximize the benefits of available death tax exemptions
- Probate and post-mortem planning
- Prepare personalized wealth transfer plans which incorporate one or more tax minimization methods
- Advise clients on charitable gifting techniques
- Advise clients on disability and health care planning
- Counsel clients on advantages and disadvantages of re-titling property between spouses, creating lifetime trusts, family limited partnerships, charitable trusts and foundations, and other available vehicles which may not only reduce taxes, but may also shield assets from claims of creditors or ex-spouses, such as investment services trusts
- Create and implement tax-efficient plans for business succession through the use of shareholder agreements or the creation of irrevocable trusts or partnerships

Insurance and Wealth Replacement Planning

- Counsel clients regarding trusts and other ownership strategies

**GLANKLER BROWN.**
ATTORNEYS

- Conduct policy review and comparison
- Counsel clients on split-dollar insurance and other funding techniques
- Plan and implement business-related insurance strategies

GLANKLER BROWN.

ATTORNEYS

# REAL ESTATE & SECURED LENDING LAW

# GLANKLER BROWN.
### ATTORNEYS

## Real Estate & Secured Lending Law

**Our real estate and secured lending lawyers are often faculty members at seminars sponsored by various law schools, bar associations, title insurance companies and other real estate organizations.**

Our real estate and secured lending attorneys have extensive knowledge and experience on a broad range of real estate and commercial lending issues. We regularly represent clients on real estate acquisitions and sales, financing and secured lending, construction, leasing, zoning and land use, regulatory matters including environmental issues, and the exercise of rights and remedies such as receiverships and foreclosures.

Although a substantial amount of our real estate and secured lending work is provided to clients within Memphis and the Mid-South, we often provide legal services on multi-state, regional and national transactions.  Within these geographic areas, we work with numerous banks and other lending institutions, real estate brokers and developers, insurance companies, property managers, real estate investment groups and other interested parties in facilitating an extensive variety of real estate and secured lending projects.

Our secured lending and tax attorneys work closely and frequently with our real estate attorneys, and jointly counsel our clients on sophisticated financial transactions such as bond financing, all forms of structured finance and loan transactions, tax deferred exchanges, letter of credit issuance, lender liability issues, drafting and negotiating security documents, loan "workouts", perfecting interests in collateral, interest and usury issues and subordination and intercreditor agreements.

We also act as agents or approved attorneys for a number of major title companies, including First American Title Insurance Company, Chicago Title Insurance Company, Old Republic Title Insurance Company, Fidelity National Title Insurance Company and Commonwealth Land Title Insurance Company.

# GLANKLER BROWN.
### ATTORNEYS

## LANDLORD TENANT LAW

Our firm represents property owners and management companies responsible for leasing and managing more than 25,000 apartment units in Memphis, Tennessee, Jackson, Tennessee, Nashville, Tennessee, Jackson, Mississippi, and North Mississippi. Our attorneys advise clients on leasing-related matters and represent clients in court on all landlord-tenant disputes, actions for rent and possession of the premises, tenant bankruptcy filings, and on code and housing-related matters.

In addition, our firm represents fee management entities with portfolios which include office, industrial and retail assets located across the United States.



# LITIGATION



# Appellate Advocacy

**Many of our appellate attorneys have served as appellate judicial clerks, providing them with unique insight into the administration of appellate courts and what it takes to succeed on appeal.**

Glankler Brown has long been known for effective appellate advocacy. The cornerstones of our appellate practice are well-written briefs and compelling oral arguments. Our appellate attorneys are skilled at reviewing the trial court record, isolating the essential issues, and drafting the appellate brief to persuasively convey the client's position to the appellate court. Furthermore, our attorneys possess first rate oral advocacy talents that have brought our clients success in appellate courts.

Our broad appellate practice covers every area of our litigation practice, and our appellate attorneys have exceptional experience in representing clients throughout the appellate process in civil and criminal cases at both the state and federal level. Our appellate attorneys have represented clients before the United States Supreme Court, numerous federal circuit courts, and state appellate courts in Tennessee and Mississippi.



# Bank & Trust Litigation

**Glankler Brown attorneys have extensive experience in both open and closed bank litigation, as well as trust litigation.**

**Bank Litigation**

From day-to-day account disputes to inter-bank litigation, our lawyers represent banks, bank regulators and bank customers in litigation in both state and federal court.

Our practice also includes defending banks accused of breaching fiduciary duties when acting in their trust capacity.

We also represent bank and thrift regulators such as the FDIC and RTC in closed bank litigation, including representing those regulators in suits against bank directors and officers, and against professionals such as accountants, lawyers and appraisers.

The firm's clients also include both corporate and individual bank customers who find themselves in disputes with banks.

Our attorneys are committed to solving banking problems as efficiently and effectively as possible.

# Trusts & Estates Litigation

In addition to drafting and administering trusts and estates, our firm also assists clients in resolving disputes that may arise in this area of the law. Unfortunately, beneficiaries, executors, trustees and administrators may dispute the proper interpretation and construction of trusts and estates, including to whom the settlor or testator of the trust or estate intended to be the beneficiary or beneficiaries.

Glankler Brown brings its expertise to bear on conflicts of all types and at any stage with the goal of achieving a quick solution on the clients' terms and in the most cost effective manner.

# GLANKLER BROWN.
ATTORNEYS

## Class Actions

**Glankler Brown has an established track record of defending class action allegations and litigation with practical litigation strategies.**

A class action or a representative action is a form of lawsuit in which a large group of people collectively bring a claim to court and/or in which a class of defendants is being sued.

While there are many types of class actions, there are four primary areas:

- Securities Class Actions: Securities class actions are typically brought on behalf of a group of investors who have been injured as a result of an improper conduct, such as misstating earnings, concealing or misrepresenting risks, or otherwise engaging in activity detrimental to a company, partnership, or individual investors.
- Product liability/Personal Injury Class Actions: Product liability and personal injury class action lawsuits are generally brought when a defective product, such as a drug with harmful side effects, or "mass accident", such as a toxic spill harms many people.
- Consumer Class Actions: Consumer class actions are generally brought when consumers are injured by a company's alleged systematic and illegal practices. Examples include illegal charges on bills, illegal penalties for late-payments, and failure to comply with consumer protection laws.
- Employment Class Actions: Employment class action lawsuits are typically brought on behalf of employees of a company for violations of the Labor Code, such as unpaid overtime, failure to provide breaks, as well as claims ranging from safety violations to systematic workplace discrimination.

Glankler Brown has significant experience in representing both Plaintiffs and Defendants in class action lawsuits. Our experience allows us to recognize the challenges posed by class action claims. The typical class action lawsuit involves hundreds, if not thousands alleged claimants. As a result, the stakes are often very high, and the costs of defense substantial, if not devastating, to the medium sized business. Our lawyers are equipped to engage in early discovery and motion practice to dismiss such claims, when possible.

# GLANKLER BROWN.
ATTORNEYS

## Business & Commercial Litigation

**Glankler Brown aggressively litigates for its clients with a focus on preparing and taking the case to trial.**

Glankler Brown is proud of its strong business and commercial litigation practice, with successful experience in the resolution of:

- contract disputes,
- breach of warranty,
- commercial disputes,
- enforcement of creditor rights in large scale foreclosure proceedings,
- commercial landlord/tenant disputes,
- employment related disputes, including non-compete and non-solicitation agreements, and
- disputes which often arise between investors in start-up ventures, partnerships, corporations, limited liability companies and other legal relationships.

Glankler Brown also has experience handling cases that involve improper conduct in business transactions, such as claims for:

- fraud,
- tortious or intentional interference with contractual or advantageous relations,
- unfair competition,
- defamation,
- bad faith,
- breach of consumer protection laws and
- violation of other state and federal statutes and regulations.

Glankler Brown has been named a Top Tier law firm in the area of Commercial Litigation by U.S. News & World Report, in addition to being recommended by Benchmark Litigation. The firm also has several attorneys listed in "Best Lawyers in America" and "Top 150 Lawyers in Tennessee" in the area of business litigation.

Glankler Brown aggressively litigates for its clients with a focus on preparing and taking the case to trial. However, Glankler Brown's attorneys have also been successful in negotiating many favorable settlements for our clients through the use of alternate dispute resolution, mediation and private settlement negotiation. A cost efficient and successful resolution for our clients is the firm's goal.



# Conflict Management/Alternative Dispute Resolution

**This alternative approach to managing legal disputes without litigation allows clients to stay out of court, focus on running their business, and budget a specific sum for dispute resolution.**

Litigation can be expensive and lengthy, often diverting valuable human resources and leading to uncontrolled risk. Under certain circumstances, alternatives to litigation are viable.

Glankler Brown has developed a conflict management practice which to brings its expertise to bear on conflicts of all types and at any stage with the goal of achieving a quicker solution on the client's terms and in the most cost effective manner.

# GLANKLER BROWN.
ATTORNEYS

# Construction Litigation

**When construction disputes occur, whether between general contractors and sub-contractors, construction companies, property owners or other parties, Glankler Brown is prepared to resolve the disputes.**

While some construction related disputes may be resolved through negotiation, mediation or arbitration, others will require litigation.

Glankler Brown's construction attorneys possess years of experience in construction law and represent a wide range of clients in construction litigation in Tennessee. We have successfully represented general contractors, prime contractors, sub-contractors, construction managers, owners, developers, architects and engineers in numerous and extensive disputes. Our goal is to obtain cost-effective successful resolutions.

The following litigation matters encompass our firm's experience in this area:

- Construction defects
- Architectural and engineering professional liability defense
- Breach of contract -- non-payment claims and delay or acceleration claims
- Construction Arbitration & Mediation
- Payment disputes, including Prompt Pay Act actions
- Unlicensed contractor claims
- Mechanics' and Materialmen's lien foreclosure and enforcement actions
- Mechanics' and Materialmen's liens exaggeration claims
- Construction defects or failures, including architectural and engineering malpractice
- Changed or unforeseen site conditions
- Change order or extra work disputes
- Scope of work disputes
- Termination disputes
- Property damage, including insurance subrogation defense
- Bond and security actions, including payment and performance bond actions

One of the most common areas our construction lawyers handle is mechanics' and materialmen's lien law. These liens are valuable mechanisms that general contractors, sub-contractors and material suppliers can utilize to protect their rights and their ability to get paid for their work.

**GLANKLER BROWN.**

ATTORNEYS

After the filing of a mechanics' lien, enforcement of the lien is sometimes necessary to fully protect our client's interest. Enforcement of the lien generally involves invoking the power of the court to sell real property to satisfy the lien. Both the proper filing of a mechanics' lien and an enforcement suit requires extensive legal experience—experience that Glankler Brown's construction attorneys possess and utilize to the benefit of our clients. On many occasions, a favorable settlement is reached simply because a lien has been properly perfected and enforcement is imminent. We handle all aspects of mechanics' liens, including, lien preparation, service and filing, foreclosure and enforcement, removal of defective or exaggerated liens, bonding of liens, and defense of lien foreclosure actions.

Glankler Brown is also well equipped to assist you when a construction project commences when it is important to ensure that the terms of a construction contract are negotiated and drafted to protect certain interests and rights. We will review all components of a project, the terms and conditions of the contract, the scope of work, the payment and delivery schedules and other important details. Our construction law attorneys can help contractors, sub-contractors, construction managers, engineers, architects, and property owners in construction contract formation with the drafting and review of construction contracts. By hiring an experienced lawyer to assist you with your contract formation, you can ensure that your needs and requirements are met and that your best interests will be protected throughout the entire contract process.



# Criminal Defense

**Members of this practice group have extensive experience in virtually all areas in which business clients face potential criminal exposure.**

In order to provide complete legal services to our clients, we maintain a practice group that represents both individuals and corporations which are the subject of criminal investigation and prosecution. Our criminal practice is devoted primarily to the defense of white collar and business-related crimes.



# Director, Officer and Professional Liability

**Several Glankler Brown lawyers have extensive experience suing and defending corporate directors and officers, including bank directors and officers.**

Firm lawyers also sue and represent various professionals in malpractice actions including insurance agents and brokers, lawyers, accountants, appraisers and architects. Our representation of both plaintiffs and defendants in these matters gives us a unique advantage as we work toward achieving the best results as efficiently and cost effectively as possible.

# GLANKLER BROWN.
ATTORNEYS

## Employee Benefits & ERISA Litigation

**Our goals are to assist our clients in fulfilling their fiduciary responsibilities, serving their employees well, and avoiding litigation or expensive disputes.**

Glankler Brown's attorneys have years of expertise in the design, funding, and administration of various types of employee benefit plans, including health and welfare benefit plans, pension plans, defined contribution and 401(k) plans, and cafeteria plans.

When litigation or disputes are imminent, our ERISA attorneys are well prepared to engage in a multiple types of litigation falling under ERISA's broad reach.  Our ERISA attorneys have represented employers, employees, plans, plan sponsors, third party administrators, insurers, providers, and others in a variety of ERISA related matters, including:

- Claims for health benefits under an ERISA qualified health plan regarding covered or non-covered health care and experimental procedures
- Claims for disability benefits under an ERISA qualified disability plan
- Breach of fiduciary duty
- Wrongful denial of benefits
- Claims involving prohibited transactions
- Breach of third party administrator services agreement
- Misrepresentation and nondisclosure claims
- Managed Care litigation
- Retiree welfare benefit claims
- Interference with protected rights
- Spousal rights
- COBRA Litigation
- Employee stock ownership plan disputes
- Spousal rights and qualified domestic relations orders

Our attorneys are intimately familiar with the Employee Retirement Income Security Act of 1974, as amended (ERISA), which is one of the largest and encompassing statutes ever passed by the federal government.  We advise employers, plan sponsors, plan trustees, fiduciaries, third party administrators, insurers, financial institutions, mutual fund companies, and investment professionals on ERISA compliance and legal issues, including:

- Compliance with ERISA fiduciary duties
- Provider contract negotiation and preparation
- Third party administrator contract negotiation and preparation
- Drafting of employee benefit plans and Summary Plan Descriptions
- Amendment and termination of benefit plans

**GLANKLER BROWN.**
ATTORNEYS

- Benefit Claims
- ERISA reporting and disclosure requirements
- ERISA recordkeeping requirements
- Negotiation and preparation of agreements with third party administrators for employee benefit plans
- Trust agreements and custodial arrangements
- Use of plan assets
- Selection and monitoring of service providers, such as trustees, recordkeepers, investment consultants and investment managers
- Negotiation and preparation of agreements with service providers
- Fiduciary audits
- HIPAA Compliance



# Employment & Labor Law

**Our employment law practice centers around the representation of private and public employers.**

We make every effort to avoid or minimize litigation against our clients through the development of personnel policies and handbooks, assistance with management training and by counseling employers prior to employment decisions or disciplinary actions. Our firm also provides consultation and advice regarding Employment Practice Liability Insurance matters.

Our attorneys are experienced in the litigation of matters involving covenants not to compete, not to solicit, and protection of proprietary information. We also provide litigation services in connection with wrongful discharge claims, breach of employment contract lawsuits, discrimination claims and related matters under both federal and state law.

We represent clients before the Equal Employment Opportunity Commission, Tennessee Human Rights Commission, National Labor Relations Board, Federal Wage and Hour Office, Office of Federal Contract Compliance Programs and other state and federal agencies.

# GLANKLER BROWN.
### ATTORNEYS

## Family & Domestic Law

**The firm is experienced in both family law litigation and mediation.**

Glankler Brown does more than dabble in Family Law. Three members of the firm concentrate their practice in Family Law and have many years of experience in all manner of Family Law matters, most of it in the trenches in divorce cases. These members of the firm and our able, experienced associate attorneys are supported by highly trained paralegals. Our attorneys represent clients in Family Law matters of every description in all courts, including all appellate courts of the State of Tennessee and Mississippi. Because Glankler Brown attorneys have expertise in all manner of related legal disciplines, including income and other tax matters, labor and employment law, retirement plans, business organizations, insurance, banking law, estate planning and administration, trusts, probate matters, criminal defense, and juvenile justice, every conceivable need of the firm's Family Law clients may be met in-house.

Except for child custody disputes, divorce (or legal separation) is an economic exercise, and Family Lawyers at Glankler Brown never lose sight of the fact that the cost of litigation is an important factor in the economic outcome to the client. While Glankler Brown offers capable, zealous representation in Family Law matters in several price ranges, we are dedicated to providing legal services of the very highest quality at every level of need.

Our Family Law clients always have direct access to the attorney responsible for their representation and can expect the personal attention they require from all the firm's lawyers and employees. Diligence, responsiveness, tenacity and attention to detail are qualities instilled in every Family Lawyer in the firm, and representing every client with discretion, compassion and creativity is our goal. From the simple, uncontested divorce to the most bitterly contested, high-dollar battle, our approach to each case is the same. We keep our eyes on the ball – because we understand that, when it comes taking families apart, putting them back together, patching up wounds and rescuing errant family members, results are all that matter.

We also provide mediation services.

Glankler Brown is experienced and qualified to provide representation in all family law and domestic relations matters, including:

- Pre-nuptial Agreements
- Divorce and Legal Separation
- Child Custody Disputes

**GLANKLER BROWN.**

ATTORNEYS

- Enforcement and Modification of Divorce Decrees and Custody Orders
- Enforcement and Modification of Spousal Support and Child Support Orders
- Enrollment and Enforcement of Foreign Decrees and Judgments
- Qualified Domestic Relations Orders
- Child Relocation Disputes
- Adoption and Guardianship
- Termination of Parental rights
- Paternity and Legitimation Proceedings
- Child Dependency and Neglect
- Domestic Violence
- Juvenile Delinquency



# Healthcare Law & Hospital Administration Litigation

**Glankler Brown has vast experience in the ever-changing world of healthcare law.**

Our firm regularly represents healthcare industry clients in major litigation matters and has a rich history of representing hospitals, physicians, nurses and other healthcare providers in a variety of contexts including medical malpractice defense, contracting issues and labor and employment issues. We have also represented health insurers and self-insured entities in a variety of contexts, and regularly assisted hospitals with legal compliance and administrative issues dealing with the variety of laws applicable to patients and providers. Specifically, our firm has extensive experience and expertise in the following areas:

- Medical network contract negotiations
- Case Management Systems recovery audits
- Clinical research operations and compliance
- Medicare and Medicaid compliance and billing
- Embezzlement and fraud investigations
- Benefit litigation
- False Claims Act compliance and litigation
- Peer Review Board compliance and administrative appeals
- Third party administrator contract negotiations and managed care contract negotiations
- Stark Act and Anti-Kickback Statute compliance and litigation
- HIPAA compliance, training, and litigation

We have extensive experience with defending claims under the Employment Retirement Income Security Act (ERISA), including claims for breach of fiduciary duty under ERISA, issues and litigation under the Comprehensive Omnibus Reconciliation Act (COBRA), as well as related state law claims, including bad faith claims.

Our attorneys strive to keep abreast of this constantly changing area of the law in order to assist our clients with compliance and to avoid unnecessary and undesired litigation.



## Insurance Coverage Litigation

**We feel that our representation of both insureds and insurers gives us an advantage in every coverage case we handle.**

Glankler Brown has extensive insurance coverage experience. Our legal services include matters arising under commercial general liability policies as well as policies covering property, casualty, life, health, employment, professional liability and construction.

Glankler Brown's representation is not limited to insurance companies. We also represent individuals, accounting firms, banks, manufacturers, construction companies and service industries in insurance coverage disputes.

Insurance related issues often litigated by Glankler Brown include questions concerning the timing of notice of claims, scope of coverage and interpretation of specific provisions in all types of insurance policies, including directors & officers ("D&O"), errors & omissions ("E&O"), employment practices ("EPLI"), business risk, business interruption, fiduciary liability, hospital liability and electronic data coverage. Glankler Brown's insurance experience ranges from simple disputes over policy proceeds, to litigation in "bad faith" coverage disputes, to more complex matters involving insurance sales, underwriting practices and the allocation of long-tail claims. The firm also represents insurance brokers who frequently are sued when insurance disputes arise.

Glankler Brown also has the experience and expertise necessary to counsel its clients on insurance coverage acquisition. The firm's attorneys work closely with their clients to identify exposures and to obtain the specific insurance coverage required to cover such exposures. Glankler Brown's attorneys counsel businesses on the potential for legal liability for all types of situations and work to ensure that their clients are properly insured in the event they find themselves in a lawsuit.

Glankler Brown has experienced attorneys licensed in Tennessee, Mississippi, Arkansas and other states which are qualified to handle insurance coverage issues and get them resolved.

# GLANKLER BROWN.
ATTORNEYS

## Medical Malpractice

**In addition to medical malpractice, we are skilled in the law regarding licensing and certification, peer review, regulatory compliance, risk management, insurance defense, product liability defense, administrative law, medical board issues, and medical staff issues.**

Medical malpractice is a highly specialized field of personal injury litigation. We have extensive experience in defending and prosecuting medical malpractice claims. Because of our extensive experience, we have numerous contacts to serve as expert witnesses or consultants to assist our clients, increasing their benefits in the courtroom. We also provide counseling to our clients to assist in the prevention of claims against them.

Glankler Brown's malpractice attorneys are fully equipped to assist professional healthcare providers or provider organizations involved in medical malpractice disputes. Our firm has handled a variety of medical malpractice issues where demands are made upon providers from thousands to millions of dollars. Physicians, hospitals, medical groups, and professional medical associations benefit from our attorneys' vast experience in broad ranges of healthcare legal issues, including issues involving misdiagnosis, failure to diagnose, surgical errors, and others.

Our risk management team can help providers take proactive measures to develop policies, practices, and procedures to lessen the likelihood of expensive and protractive litigation.

We have an in-house consultant physician, Dr. Susan Wolfe, who assists in all aspects of medical malpractice defense. Dr. Wolfe assists in the early, efficient review of various medical and healthcare cases providing both in-depth medical, professional review and guidance and extensive medical research capabilities. Her assistance and involvement is a valuable and efficient resource to both our clients and us. The firm also has relationships, both in representation and otherwise, with other medical institutions and professionals which can provide objective examinations of all potential matters and to maintain involvement and contacts in a variety of areas in the medical field.

Our practice includes both trial and appellate work in the state and federal courts in Tennessee, Mississippi and Arkansas. Our firm has the capabilities to manage all litigation from our office and has attorneys that are licensed to practice in many other states on a case by case basis. The firm also maintains up-to-date technology to assist in the representation of its clients including: computerized/electronic library and research resources (Westlaw and Lexis), computerized docketing and tickler system, electronic litigation management and support (power-point and summation), state of the art word processing and accounting systems and internet and intranet communications capabilities.

# GLANKLER BROWN.
ATTORNEYS

## Non-Compete Agreements

**We know that the possibility of trade secrets and proprietary information landing in the wrong hands can have a huge impact on your bottom line and can often cause irreversible injury to your company.**

Often, the only way to limit the harm is to promptly ask a court to enjoin the party from this conduct. Glankler Brown has the resources and experience to mobilize its and your forces and to present your case in court quickly.

Glankler Brown's attorneys provide representation to companies, executives, and employees involved in disputes concerning hiring and the protection, use and ownership of confidential business information and trade secrets, including formulas, devices, methods, processes, plans and techniques that are valuable to your company.

Our attorneys have experience in both the prosecution and defense of litigation arising between business rivals in jurisdictions throughout the United States, including claims involving the violation of covenants not to compete, misappropriation of trade secrets, theft of electronic data, breach of fiduciary duty, unfair competition, tortious interference with contracts or prospective business advantage, "raiding" of employees and similar issues. Our attorneys have represented clients in a wide variety of industries, ranging from small businesses to multi-million dollar companies. We have experience representing clients seeking to enforce non-compete agreements as well as clients seeking relief from them.

We frequently counsel clients on methods of protecting their confidential business information and trade secrets, eliminating or limiting potential liability when hiring employees. We draft non-competition and non-disclosure agreements for our clients and review such agreements to evaluate their enforceability. Non-competition agreements that are too long in duration, too broad in geographic scope or both may not enforceable.

# GLANKLER BROWN.
ATTORNEYS

## Personal Injury Litigation

**Several of the firm's lawyers are listed in Best Lawyers in America in the area of personal injury law.**

Glankler Brown has litigated, settled and tried thousands of personal injury cases. The firm litigates motor vehicle accidents, including automobile, trucking, pedestrian, motorcycle, bus and airplane accidents. Many factors cause accidents, including failure to stop or maintain control, driving or operating a motor vehicle under the influence of drugs or alcohol, talking on a cell phone or texting while one drives. Glankler Brown has the capabilities to quickly respond to investigate and collect evidence that will be needed to properly litigate serious personal injury cases and hold the at fault party responsible.

Although Glankler Brown is known primarily as a defense firm, the firm is also proud of its strong and dedicated practice in representing plaintiffs in multi-million dollar personal injury cases.

Glankler Brown's personal injury attorneys don't just handle motor vehicle accidents. Other examples of the type cases our team handles are:

- Construction accidents
- Medical negligence/malpractice
- Nursing home abuse/neglect
- Pharmacy negligence or medication errors
- Premises liability
- Products liability
- Dog bite injuries
- Worker's compensation
- Wrongful death

Several of the Glankler Brown's attorneys have been listed in Best Lawyers in America in the area of personal injury and catastrophic injuries. Glankler Brown, with over fifty lawyers and almost one hundred staff members, is well prepared to handle complex personal injury cases. The firm's attorneys practice regularly in Tennessee, Mississippi, Arkansas and other states.

# GLANKLER BROWN.
ATTORNEYS

## Products Liability Litigation

**Glankler Brown's lawyers have decades of experience in defending and prosecuting complex products liability claims in both state and federal courts.**

We have recovered large jury verdicts for individuals and have successfully defended corporations in large product liability claims. Our experience is diverse in this field and includes medical devices, automobiles, equipment failures and many other products and devices. Glankler Brown has served as defense counsel in regional, national and multi-district litigation.



## Securities/ Broker-Dealer

**Glankler Brown has strong expertise in broker-dealer regulation, securities arbitration, and securities and financial markets litigation.**

The firm has successfully represented broker-dealers and investors in complex FINRA arbitrations involving exposure for claims arising out of trading losses related to churning, unsuitability, unauthorized trading, failure to supervise, marketing and sale of proprietary products and related state and federal claims as they affect equities, debts, and derivative products. Glankler Brown is also proud to be one of the few law firms in Memphis, Tennessee with attorneys that are approved FINRA arbitrators.

Attorneys in Glankler Brown's securities and broker-dealer practice group routinely assist and consult small and large brokerage firms and investment advisors in responding to regulatory inquiries from the Securities Exchange Commission and/or FINRA. The firm's attorneys work closely with in-house compliance officers and in-house counsel for brokerage firms which are faced with responding to audits or cycle examinations, including inquires related to Financial Operations and Supervisory Procedures.

Glankler Brown has also represented numerous broker-dealers, account executives and investment advisors in enforcement proceedings before the Securities Exchange Commission and FINRA, in addition to representing parties in enforcement proceedings brought by state regulatory agencies in Tennessee, Mississippi and the entire Mid-South area.

The firm has also represents broker-dealers, account executives and investment advisors in disputes related to forgivable loans or forgivable promissory notes, non-competition agreements and non-solicitation agreements. Glankler Brown's experience extends to the prosecution and defense of claims by and against registered representatives, including U-5 defamation, wrongful termination, retaliatory termination and discrimination before FINRA arbitration panels and state and federal courts.



# Trademark & Copyright

**We offer expertise in many areas of intellectual property law, including trademark, trade secrets, proprietary information and licensing.**

Legal services include trademark, publicity rights and copyright infringement actions in the federal courts.
We also perform a variety of copyright and trademark services on behalf of insurance companies, architects, entertainers, publishers and others. These efforts include:

Counseling and registration activities;

- Negotiation and drafting of licensing and co-use agreements;
- Dispute resolution of conflicts involving licenses;
- Advice and structure regarding the establishment of U.S. and international licensing and trademark protection programs;
- Litigation, protection and exploitation of intellectual property rights



# Transportation & Logistics Litigation

**For the past 25 years the firm has represented the Memphis-Shelby County Airport Authority, one of the largest cargo airports in the world.**

Memphis International Airport is the economic engine for the mid-south, generating an annual economic impact of $28.6 billion per year. Glankler Brown is proud that for more than 25 years, the firm has represented the Memphis-Shelby County Airport Authority, operator of Memphis International Airport.

Greater Memphis today is regarded as Memphis: America's Aerotropolis. Professor John D. Kasarda, Conference Chairman Director, Kenan Institute of Private Enterprise, University of North Carolina defined the aerotropolis concept as a community that grows with an airport as its economic engine. A dynamic hub interconnecting the airport with surrounding areas of office buildings, manufacturing firms, hotels, and distribution centers, the Aerotropolis provides connectivity to runway, road, rail and river.

The Memphis workforce has a higher percentage of logistics workers than any other metropolitan area in the country. The logistics and distribution sector is a practice focus of Glankler Brown, which offers integrated solutions that can assist you with your workplace, workforce and work processes.

Glankler Brown is helping to lead the way to expand America's Aerotropolis. Member Arnold Perl is Chairman of the Aerotropolis Steering Committee for the Greater Memphis Chamber of Commerce, and fellow member John Houseal serves on the Master Plan Committee for the Aerotropolis initiative. The Steering Committee's focus is on the future of Memphis, leveraging the Aerotropolis strategy to attract and retain businesses, create jobs, improve connectivity, and revitalize our infrastructure.

Companies that rely on long-distance, fast-cycle, logistics capabilities, whether local, regional or global, have chosen to locate in the Greater Memphis region and Glankler Brown is closely aligned with such industry developments.

If you want to ride the wave of America's Aerotropolis, Glankler Brown can be your partner.

# GLANKLER BROWN.
### ATTORNEYS

## Workers' Compensation

**Our approach to workers' compensation defense is results-oriented and cost conscious.**

Our practice in workers' compensation is primarily defense-oriented, since we represent several large, self-insured employers and one national insurance carrier in all state courts in West Tennessee. For these clients, we have handled the defense of all litigation, with annual claims in the range of $3 to $5 million each year. We have extensive summary judgment and trial experience, particularly with complex multiple party (insurer) and second injury fund cases. We also offer subrogation analysis of third-party liability, claims recognition and litigation.

Our reasonable hourly rates and efficiency gained through years of experience result in legal costs to our clients which are significantly less than the industry average in relation to the amount of claims. Our emphasis is on the early determination of compensability, evaluation of liability and disposition of cases as quickly as possible, usually in less than one year within initiation of litigation.

We handle disputes concerning premium audits and collections from the perspective of both carriers and insureds. We provide in-house seminars for our clients on the effect and operation of the 1992 Tennessee Workers' Compensation Reform Act and all rules and regulations related thereto. We also provide counseling, analysis and evaluation of claims handling and litigation on a regional basis.