# EXHIBIT B



**WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.**
**Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.**

| Name: **DANIEL MARTIN STRUVE** | Match Indicators | |
|---|---|---|
|  | First Name: | O **Exact Match** |
| | Middle Name: | O **Exact Match** |
| | Last Name: | O **Exact Match** |
| | Date Of Birth: | O **Exact Match** |
| | Age: | O **Exact Match** |
| Source Name: **TEXAS HARRIS COUNTY** | Address: | O **Exact Match** |
| Source State: **TX** | Height: | X **Not Available On Record** |
| | Ethnicity: | X **Not Available On Record** |

### Crime Details  - 06/13/1985 – TEXAS HARRIS|HARRIS, TX

| | |
|---|---|
| OffenseDescription1: **INVOL MANSLAUGHTER** | Charges Filed Date: **06/13/1985** |
| Case Number: **042684601010** | Court: **HARRIS COUNTY** |
| Crime County: **TEXAS HARRIS|HARRIS** | Disposition: **DEFERRED ADJUDICATION GUILT** |
| Classification: **FELONY THIRD DEGREE** | Disposition Date: **09/17/1985** |
| OffenseCode: **090940** | |

**WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.**

**Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.**

| Name: **DANIEL MARTIN STRUVE** | **Match Indicators** |
|---|---|
| ████████████████████████ ( ████████████████████████ ████████████████████████ Source Name: **TEXAS MONTGOMERY COUNTY JUSTICE OF THE PEACE COURT** Source State: **TX** | First Name:   O **Exact Match** Middle Name:   O **Exact Match** Last Name:   O **Exact Match** Date Of Birth:   O **Exact Match** Age:   O **Exact Match** Address:   O **Exact Match** Height:   X **Not Available On Record** Ethnicity:   X **Not Available On Record** |

### Crime Details  - 12/15/2019 - TEXAS MONTGOMERY, TX

| | |
|---|---|
| OffenseDescription1: **SPEEDING** Case Number: **19CR3-025955** Crime County: **TEXAS MONTGOMERY** Classification: **MISDEMEANOR** OffenseCode: **TC 545.351** | Charges Filed Date: **12/17/2019** Court: **JUSTICE OF THE PEACE** Plea: **NOLO CONTENDERE** Offense Date: **12/15/2019** Disposition Date: **01/03/2020** |

**WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.**
**Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.**

| Name: **DANIEL STRUVE** | **Match Indicators** |
|---|---|
| ████████████████████████ Source Name: **TEXAS FORT BEND COUNTY JUSTICE OF THE PEACE** Source State: **TX** | First Name:   O **Exact Match** Middle Name:   X **Not Matched** Last Name:   O **Exact Match** Date Of Birth:   X **Not Available On Record** Age:   X **Not Available On Record** Address:   O **Zip Matched** Height:   X **Not Available On Record** Ethnicity:   X **Not Available On Record** |

### Crime Details  - 11/07/2006 - TEXAS FORT BEND, TX

| | |
|---|---|
| OffenseDescription1: **FAILURE TO APPEAR** Case Number: **06-JCR31-07990F** Crime County: **TEXAS FORT BEND** Classification: **MISDEMEANOR CLASS C** OffenseCode: **PC 38.10** | Charges Filed Date: **01/18/2007** Court: **JUSTICE OF THE PEACE 3** Offense Date: **11/07/2006** |

**WARNING - Due to the quality of Criminal data entry - Data displayed may not pertain to your Subject.**
**Separate Criminal Search is highly suggested as well as independent verification of anything displayed on this system.**

| Name: **DANIEL STRUVE** | **Match Indicators** |
|---|---|
| ████████████████████████ Source Name: **TEXAS FORT BEND COUNTY JUSTICE OF THE PEACE** Source State: **TX** | First Name:   O **Exact Match** Middle Name:   X **Not Matched** Last Name:   O **Exact Match** Date Of Birth:   X **Not Available On Record** Age:   X **Not Available On Record** Address:   O **Zip Matched** |

| | Height: | X **Not Available On Record** |
| | Ethnicity: | X **Not Available On Record** |

## Crime Details  - 09/11/2006 - TEXAS FORT BEND, TX

| OffenseDescription1: **PARKING IN A HANDICAPPED ZONE**<br>Case Number: **06-JCR31-07990**<br>Crime County: **TEXAS FORT BEND**<br>Classification: **MISDEMEANOR CLASS C**<br>OffenseCode: **TC 545.304** | Charges Filed Date: **10/06/2006**<br>Court: **JUSTICE OF THE PEACE 3**<br>Offense Date: **09/11/2006** |