# EXHIBIT C


**Daniel Struve**
3d · 🌐


**AC Friess**
Aug 20 · 🌐

# 93 Days of Riots, estimated 100 Billion in damages in 14 Cities, and STILL NOT ONE DEMOCRAT CONDEMNS THESE RIOTS!

ⓘ **False Information.** Checked by independent fact-checkers.

**See Why**

👍 3                                                    10 Comments

 Like                                        Share

Case 3:20-cv-00543    Document 26-4    Filed 09/08/20    Page 2 of 3 PageID #: 406

**Claire Byerley-Plunk**
Why is this marked at "false information?"
Like · 1w

**Daniel Struve**
because some obscure democrat condemned it. but i havnt heard any major ones do that such as "The Presidential Candidate, Speaker of the House" ect...
Like · 1w 👍 1

**Daniel Struve**
maybe he said it one time but still... it also had this important fact. While House Democrats did block a resolution condemning violence and rioting in June
Like · 1w 👍 1

**Claire Byerley-Plunk**
they consistently call it "peaceful protests turned deadly!" 🤷‍♀️
Like · 1w

**Daniel Struve**
if Biden is ever dumb enough to agree to a debate, he will have to answer to this and more. I dont see how he will ever debate.
Like · 1w 👍 1

**Claire Byerley-Plunk**
I agree!! My concern is he isn't mentally capable
Like · 1w

**Daniel Struve**
**Claire Byerley-Plunk** yea but Kamala isnt 😉
Like · 1w 👍 1

**Daniel Struve**
They always prefix it with "a small minority" . that is so lame
Like · 1w

**Claire Byerley-Plunk**
**Daniel Struve** I'm so OVER the censorship!!!
Like · 1w

**Daniel Struve**
**Claire Byerley-Plunk** I think big tech has been filtering for a while now, we are just realizing it.
Like · 1w

Case 3:20-cv-00543   Document 26-4   Filed 09/08/20   Page 3 of 3 PageID #: 407