# EXHIBIT D



**Daniel Struve**
Aug 30 · 🌐



**Lisa M Forshey** ▶ **WallBuilders Group**
Aug 30 · 🌐

Very interesting

## This week the CDC quietly updated the Covid number to admit that only 6% of all the 161,392 deaths recorded actually died solely from Covid.

### Comorbidities

Table 3 shows the types of health conditions and contributing causes mentioned in conjunction with deaths involving coronavirus disease 2019 (COVID-19). For 6% of the deaths, COVID-19 was the only cause mentioned. For deaths with conditions or causes in addition to COVID-19, on average, there were 2.6 additional conditions or causes per death. The number of deaths with each condition or cause is shown for all deaths and by age groups. For data on comorbidities, 🔄 Click here to download .

> **▾ Table 3. Conditions contributing to deaths involving coronavirus disease 2019 (COVID-19), by age group, United States. Week ending 2/1/2020 to 8/22/2020.***

Updated August 26, 2020

| | | Number of Conditions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Age Group | | | | | | | |
| Conditions Contributing to Deaths where COVID-19 was listed on the death certificate[1] | ICD-10 codes | All ages | 0-24 years | 25–34 years | 35–44 years | 45–54 years | 55–64 years | 65–74 years | 75–84 years | 85 years and over |
| Total COVID-19 deaths[2], as of 8/22/2020 | U071 | 161,392 | 330 | 1,241 | 3,228 | 8,501 | 20,295 | 34,334 | 42,587 | 50,867 |

**Source: https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm?fbclid=IwAR2PcFrRYmWibcz886GrQnZPmJqSswsIV9mXkhTkip14YaTRC-8qSfGLxpw**



**Partly False Information.** The same information was checked in another post by independent fact-checkers.

**See Why**

Case 3:20-cv-00543     Document 26     Filed 09/08/20     Page 2 of 2 PageID #: 409