# EXHIBIT E

 **Daniel Struve**

Aug 18 · 🌐

 **Guennadi Kisselev** ▶ **Russian Speaking Americans for Trump 2020**

Aug 18 · 🌐

That's why you can't vote in the post office

⚙ · Rate this translation

View post

 **Missing Context.** Independent fact-checkers say this information could mislead people.

**See Why**

 1                                    14 Comments

 Like                           Share

Case 3:20-cv-00543     Document 26-6     Filed 09/08/20     Page 2 of 2 PageID #: 411