# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL POSEY SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Aleta A. Trauger |
| | ) | |
| BROOKDALE SENIOR LIVING INC., | ) | Case No. 3:20-cv-00543 |
| LUCINDA M. BAIER, T. ANDREW | ) | |
| SMITH, and STEVEN E. SWAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## INDEX
## EXHIBITS TO THE DECLARATION OF GEOFFREY J. RITTS
## IN SUPPORT OF
## THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

| Exhibit 11 | Statement of Changes in Beneficial Ownership for Steven E. Swain of Brookdale Senior Living Inc. (Form 4) https://www.sec.gov/Archives/edgar/data/1332349/000133234920000 0061/xslF345X03/wf-form4_158292925430460.xml |
|---|---|
| Exhibit 12 | Statement of Changes in Beneficial Ownership for Thomas Andrew Smith of Brookdale Senior Living Inc. (Form 4) https://www.sec.gov/Archives/edgar/data/1332349/00011403611701 0076/xslF345X03/doc1.xml |
| Exhibit 13 | Statement of Changes in Beneficial Ownership for Thomas Andrew Smith of Brookdale Senior Living Inc. (Form 4) https://www.sec.gov/Archives/edgar/data/0001332349/00013323491 8000057/xslF345X03/wf-form4_151987198831523.xml |
| Exhibit 14 | Statement of Changes in Beneficial Ownership for Thomas Andrew Smith of Brookdale Senior Living, Inc. (Form 4) https://www.sec.gov/Archives/edgar/data/0001332349/00013323491 8000065/xslF345X03/wf-form4_151994800730913.xml |
| Exhibit 15 | Complaint (ECF No. 1) from *Gunza v. Brookdale Senior Living, Inc.*, No. 3:20-CV-00353 (M.D. Tenn. filed Apr. 24, 2020) |
| Exhibit 16 | Complaint (ECF No. 1) from *Bright v. Brookdale Senior Living Inc.*, No. 3:19-cv-00374 (M.D. Tenn. filed May 3, 2019) |
| Exhibit 17 | Redline Comparison of *Gunza* and *Bright* complaints |

| | |
|---|---|
| Exhibit 18 | Chart Comparing Allegations of *Gunza* and *Bright* Complaints |
| Exhibit 19 | Complaint (ECF No. 1) from *Runton v. Brookdale Senior Living Inc.*, No. 0:17-cv-60664-CMA (S.D. Fla., filed Apr. 4, 2017) |
| Exhibit 20 | Order Granting Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Class (ECF No. 136) in *Runton v. Brookdale Senior Living Inc.*, No. 0:17-cv-60664-CMA (S.D. Fla., ordered Nov. 13, 2019) |

Dated:  January 15, 2021

Respectfully submitted,

/s/ Geoffrey J. Ritts

Geoffrey J. Ritts (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939
gjritts@jonesday.com

Britt K. Latham (BPR #23149)
Briana T. Sprick Schuster (BPR #038305)
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
(615) 742-6200
blatham@bassberry.com
briana.sprick.schuster@bassberry.com

*Attorneys for Defendants Brookdale Senior Living Inc., Lucinda M. Baier, T. Andrew Smith, and Steven E. Swain*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on January 15, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Stephanie Bartone (sbartone@zlk.com)

Saul C. Belz (sbelz@glankler.com)

Paul Kent Bramlett (pknashlaw@aol.com)

Robert P. Bramlett (robert@bramlettlawoffices.com)

Patrick V. Dahlstrom (pdahlstrom@pomlaw.com)

James A. Holifield, Jr.(aholifield@holifieldlaw.com)

J. Alexander Hood, II (ahood@pomlaw.com)

Shannon L. Hopkins (shopkins@zlk.com)

Jeremy A. Lieberman (jalieberman@pomlaw.com)

Sebastiano Tornatore (stornatore@zlk.com)

Parties may access this filing through the Court's system.

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (admitted *pro hac vice*)

*One of the Attorneys for Defendants*
*Brookdale Senior Living Inc., Lucinda M.*
*Baier, T. Andrew Smith, and Steven E. Swain*