# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CHRISTOPHER MICHAEL POSEY SR., )
)
Plaintiff, )
)
v. )
) Judge Aleta A. Trauger
BROOKDALE SENIOR LIVING INC., )
LUCINDA M. BAIER, T. ANDREW ) Case No. 3:20-cv-00543
SMITH, and STEVEN E. SWAIN, )
)
Defendants. )
)
)
)

## INDEX
### EXHIBITS TO THE DECLARATION OF GEOFFREY J. RITTS
### IN SUPPORT OF
### THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

| | |
|---|---|
| Exhibit 21 | Order Granting Motion for Final Approval of Class Action Settlement (ECF No. 156) in *Runton v. Brookdale Senior Living Inc.*, No. 0:17-cv-60664-CMA (S.D. Fla., ordered Mar. 23, 2020) |
| Exhibit 22 | BrownGreer PLC, Brookdale Florida ALF Settlement Program Short-Form Notice, Nov. 13, 2020, https://www.brookdalefloridaalfsettlement.com |
| Exhibit 23 | BrownGreer PLC, Brookdale Florida ALF Settlement Program Long-Form Notice, Nov. 13, 2020, https://www.brookdalefloridaalfsettlement.com/Docs/LongFormNotice.pdf |
| Exhibit 24 | Complaint (ECF No. 1) in *Stiner/Eidler v. Brookdale Senior Living Inc.*, No. 4:17-cv-03962 (N.D. Cal., filed Jul. 13, 2017) |
| Exhibit 25 | Complaint (ECF No. 1-1) in *Johnson v. BLC Lexington, SNF, LLC et al.*, No. 5:19-cv-00064-DCR (E.D. Ky., filed Oct. 18, 2018) |
| Exhibit 26 | Mary Anne Pazanowski, *Brookdale Senior Living Hit With Suit Over Understaffing*, Bloomberg Law (Apr. 27, 2020, 2:37 PM) |
| Exhibit 27 | Mary Anne Pazanowski, *Brookdale Senior Living Hit With Suit Over Understaffing*, Bloomberg Law (Apr. 27, 2020, 4:21 PM) |
| Exhibit 28 | Elliott T. Dube, *Fraud Cases, DOJ Probes Await Nursing Homes After Pandemic Eases*, Bloomberg Law News (Apr. 28, 2020, 6:56 AM) |

| Exhibit 29 | 2019-5182 Mealey's Daily News Update 5, *Class Action Against Assisted Living Company Should Continue, Plaintiffs Say* (Sept. 19, 2019) |
|---|---|
| Exhibit 30 | 3-8 Mealey's Elder Law Report 23, *Class Action Against Assisted Living Company Should Continue, Plaintiffs Say* (Oct. 15, 2019) |

Dated:  January 15, 2021

Respectfully submitted,

/s/ Geoffrey J. Ritts

Geoffrey J. Ritts (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939
gjritts@jonesday.com

Britt K. Latham (BPR #23149)
Briana T. Sprick Schuster (BPR #038305)
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
(615) 742-6200
blatham@bassberry.com
briana.sprick.schuster@bassberry.com

*Attorneys for Defendants Brookdale Senior Living Inc., Lucinda M. Baier, T. Andrew Smith, and Steven E. Swain*

-2-

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was filed electronically on January 15, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Stephanie Bartone (sbartone@zlk.com)

Saul C. Belz (sbelz@glankler.com)

Paul Kent Bramlett (pknashlaw@aol.com)

Robert P. Bramlett (robert@bramlettlawoffices.com)

Patrick V. Dahlstrom (pdahlstrom@pomlaw.com)

James A. Holifield, Jr.(aholifield@holifieldlaw.com)

J. Alexander Hood, II (ahood@pomlaw.com)

Shannon L. Hopkins (shopkins@zlk.com)

Jeremy A. Lieberman (jalieberman@pomlaw.com)

Sebastiano Tornatore (stornatore@zlk.com)

Parties may access this filing through the Court's system.

/s/ Geoffrey J. Ritts

Geoffrey J. Ritts (admitted *pro hac vice*)

*One of the Attorneys for Defendants Brookdale Senior Living Inc., Lucinda M. Baier, T. Andrew Smith, and Steven E. Swain*