# EXHIBIT 22

# Brookdale Florida ALF Settlement Program

Case No. 0:17-cv-60664-CMA

## If You Resided at a Brookdale-Affiliated Assisted Living Facility in Florida Between April 4, 2013 and November 13, 2019 You May Be Entitled to a Payment from a Class Action Settlement.

### Important Dates

| |
|---|
| **November 13, 2019** |
| Preliminary Approval Order Entered |
| **February 24, 2020** |
| Deadline to (1) request exclusion ("opt-out") from the Settlement or (2) object to the Settlement |
| **March 23, 2020** |
| Final Approval Hearing |
| **May 22, 2020** |
| Claim Filing Deadline |

A Settlement has been reached in a class action lawsuit against Brookdale Senior Living Inc. ("Brookdale") alleging that assisted living facilities owned and/or operated by a Brookdale affiliate in the State of Florida ("Brookdale ALFs") failed to properly account for residents' assessed needs in determining staffing and were therefore understaffed.

The Settlement, if approved by the United States District Court for the Southern District of Florida, would reimburse Settlement Class Members a portion of their community fee payment for each year of residency at a Brookdale ALF, prorated according to the number of days that the resident lived at the facility.

**Click Here to View the Settlement Notice.**

© 2021 BrownGreer PLC. All Rights Reserved.