# EXHIBIT 26

# Brookdale Senior Living Hit With Class Suit Over Understaffing

**Published: Apr 27 2020 14:37:06**

News Story

- **COURT:** M.D. Tenn.
- **TRACK DOCKET:** No. 3:20-cv-353 (Bloomberg Law subscription)
- **JUDGE:** Eli J. Richardson (Bloomberg Law subscription)
- **COMPANY INFO:** Brookdale Senior Living Inc. (Bloomberg Law subscription)

By Mary Anne Pazanowski

(Bloomberg Law) --
A proposed class of current and former residents of at least 56 Brookdale Senior Living Inc. assisted living facilities sued the company over alleged unfair trade practices and failure to provide promised services.

Brentwood, Tenn.-based Brookdale repeatedly broke promises made in marketing materials and residents' contracts to tailor its services to individual residents, a complaint filed in the U.S. District Court for the Middle District of Tennessee April 24 said. The residents and their families chose Brookdale facilities in reliance on those promises, it said.

Brookdale also "systematically and willfully" failed to provide enough staff members to care for its residents in order to "boost its profitabilty," the complaint said. No reasonable person would have entered a Brookdale facility or continued paying its "significant" fees had they known of its corporate staffing practices, the residents said.

The complaint also alleged that Brookdale violated North Carolina adult home care rules and regulations.

Brookdale is the largest operator of assisted living and memory care facilities in the U.S., according to the complaint.

**Causes of Action:** North Carolina's unfair and deceptive trade practices law, breach of contract, unjust enrichment, and tortious intererence with contractual relationship.

**Relief:** Declaratory judgment, injunctive relief requiring Brookdale to provide adequate services and prohibiting it from deliberately understaffing facilities, and costs and attorneys' fees.

**Response:** Brookdale didn't immediately respond to Bloomberg Law's request for comment.

**Attorneys:** A.A.R.P. Foundation Litigation, Harmon Parker PA, Kennerly, Montgomery & Finley PC, and



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

Gugenheim Law represent the class.

The case is Gunza v. Brookdale Senior Living, Inc., M.D. Tenn., No. 20-cv-353, filed 4/24/20.

To contact the reporter on this story: Mary Anne Pazanowski in Washington at mpazanowski@bloomberglaw.com

To contact the editor responsible for this story: Rob Tricchinelli at rtricchinelli@bloomberglaw.com

**Bloomberg Law**®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services