# EXHIBIT
# 27

# Brookdale Senior Living Hit With Suit Over Understaffing (1)

Published: Apr 27 2020 16:21:33

News Story

- COURT: M.D. Tenn.

- TRACK DOCKET:   No. 3:20-cv-353 (Bloomberg Law subscription)

- JUDGE:   Eli J. Richardson (Bloomberg Law subscription)

- COMPANY INFO:   Brookdale Senior Living Inc. (Bloomberg Law subscription)

By   Mary Anne Pazanowski

(Bloomberg Law) --

A proposed class of current and former residents of at least 56     Brookdale Senior Living Inc. assisted living facilities sued the company over alleged unfair trade practices and failure to provide promised services.

Brentwood, Tenn.-based Brookdale repeatedly broke promises made in marketing materials and residents' contracts to tailor its services to individual residents, a complaint filed in the U.S. District Court for the Middle District of Tennessee said April 24. The residents and their families chose Brookdale facilities in reliance on those promises, it said.

Brookdale also "systematically and willfully" failed to provide enough staff members to care for its residents in order to "boost its profitabilty," the complaint said. No reasonable person would have entered a Brookdale facility or continued paying its "significant" fees had they known of its corporate staffing practices, the residents said.

The complaint also alleged that Brookdale violated North Carolina adult home care rules and regulations.

Brookdale is the largest operator of assisted living and memory care facilities in the U.S., according to the complaint.

Causes of Action: North Carolina's unfair and deceptive trade practices law, breach of contract, unjust enrichment, and tortious intererence with contractual relationship.

Relief: Declaratory judgment, injunctive relief requiring Brookdale to provide adequate services and prohibiting it from deliberately understaffing facilities, and costs and attorneys' fees.

Response: "The health and wellbeing of our residents is Brookdale's top priority," a Brookdale spokeswoman told Bloomberg Law in response to a request for comment. The company "absolutely disagrees with the allegations in the suit and believe the complaint is completely without merit," she said.

Attorneys: A.A.R.P. Foundation Litigation, Harmon Parker PA, Kennerly, Montgomery & Finley PC, and Gugenheim Law represent the class.

The case is   Gunza v. Brookdale Senior Living, Inc., M.D. Tenn., No. 20-cv-353, filed 4/24/20.

To contact the reporter on this story:     Mary Anne Pazanowski in Washington at   mpazanowski@bloomberglaw.com

## Bloomberg Law®

© 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Case 3:20-cv-00543    Document 45-7    Filed 01/15/21    Page 2 of 3 PageID #: 1329

To contact the editors responsible for this story:    Rob Tricchinelli at   rtricchinelli@bloomberglaw.com ;    Nicholas Datlowe at   ndatlowe@bloomberglaw.com

(Updated to include company's response.)

**Bloomberg Law®**

© 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

**// PAGE 2**