# EXHIBIT 28

# Fraud Cases, DOJ Probes Await Nursing Homes After Pandemic Eases

**Published: Apr 28 2020 06:57:26**

News Story

By  Elliott T. Dube

(Bloomberg Law) --
The tens of thousands of Covid-19 infections among nursing home residents and staff likely will saddle facilities with lawsuits—and possible criminal probes.

**Below the Bar:** Washing hands, using personal protective equipment, and separating coronavirus-infected patients from others have been challenges for many nursing homes, according to CMS Administrator Seema Verma. Problematic facilities are likely to see False Claims Act cases alleging they falsely certified that they met federal and state standards of care when they submitted claims to Medicare and Medicaid.

**Agency Crosshairs:** The DOJ is expected to ramp up civil and criminal investigations of substandard care as part of its National Nursing Home Initiative, under which it's already probing almost 30 facilities in nine states. Nursing facilities anticipating legal and regulatory scrutiny should be as truthful and transparent as possible in their recordkeeping, a Lightfoot Franklin & White attorney  tells Tony Pugh.

## CORONAVIRUS UPDATES

- The White House is urging businesses to  open their doors again in hopes of triggering a swift revival of the U.S. economy, despite warning signs that nationwide reopenings may be premature.
- The Trump administration is  leaning heavily on the nation's drug retailers and lab-testing companies to try to solve a problem that has vexed it since the beginning of the coronavirus pandemic: Getting mass testing up and running smoothly.
- Federal workplace safety inspectors are  ramping up enforcement efforts at health-care facilities during the Covid-19 pandemic, data from the Occupational Safety and Health Administration shows.
- Federal courts are considering  reopening their doors largely shuttered by the coronavirus pandemic, as some states begin to do the same.
- Track the latest changes in court operations using our  interactive map.

## TOP STORIES

Virus Testing Shortages Undermine Drive to Restart U.S. Economy
With more states pushed toward reopening on Monday, experts warn that U.S. testing capacity, while improved, remains a fraction of what it should be.

**Bloomberg Law**®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

Covid-19 Reignites Push to Make IV Drugs Easier to Get at Home
Home health agencies and lawmakers are calling for a policy change to certain Medicare benefits to let more patients who need lifesaving IV drugs get those medications at home during the coronavirus outbreak.

U.S. Floats Doubling Up Antibody Tests to Improve Accuracy
In order to more accurately assess the spread of Covid-19, the U.S. should use multiple antibody tests at once, the White House recommended in a document issued Monday detailing the national strategy to expand testing efforts.

HHS Seeks Dialysis Machines as Some With Virus Face Kidney Woes
The Trump administration is looking for manufacturers that can make portable dialysis machines and devices that can support critically ill patients with acute kidney damage.

Insurers Win $12 Billion Fight Over Obamacare Payments
The U.S. Supreme Court decided the federal government will have to pay health insurers about $12 billion under an Obamacare program to make up for losses they incurred by offering coverage to sicker, uninsured people, in a Monday decision.

'Unconventional' Tests Bring $17 Million False Claims Settlement
A North Carolina-based lab company will pay the federal government up to $43 million to settle allegations that it billed Medicare and other federal programs for unnecessary tests, the Department of Justice said.

Trade Secret Risks Lurk, Even in Baby Monitors, During Telework
Companies face an increased threat of trade secret theft as the coronavirus pandemic keeps more employees at home and drives layoffs.

Virus Likely to Keep Coming Back Each Year, China Scientists Say
Chinese scientists say the novel coronavirus will not be eradicated, adding to a growing consensus around the world that the pathogen will likely return in waves like the flu.

### Practitioner Insights

INSIGHT: Reopening the Workplace—A Preliminary Guide for Employers
Employers need to start planning for re-opening as jurisdictions begin to start easing pandemic-related work restrictions. Morgan Lewis attorneys outline key considerations for workplace spaces, testing, and the comprehensive reviews of employee benefits.

## IN CASE YOU MISSED IT

### Agencies

White House Strategy Envisions Tests Reaching 2% of Public
The White House issued a strategy to expand U.S. testing for the coronavirus on Monday, after enduring criticism that the outbreak has grown to nearly 1 million Americans in part because the government was slow to develop widespread testing to track and contain the disease.

Pandemic Watchdog Activates Site to Track Trillions in Spending
An oversight committee created to root out fraud and abuse within the trillions of federal dollars being spent to combat coronavirus launched its website and announced its executive director on Monday, the first public



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

action by a panel already ensnared in controversy.

## Providers

**Brookdale Senior Living Hit With Suit Over Understaffing**
A proposed class of current and former residents of at least 56 Brookdale Senior Living Inc. assisted living facilities sued the company over alleged unfair trade practices and failure to provide promised services.

## Drugs & Devices

**Pfizer Can't Pursue Challenge to Chugai DNA-Purifying Patents**
Pfizer Inc. couldn't get the Federal Circuit to review a Patent Trial and Appeal Board Decision that held valid two Chugai Pharmaceutical Co. protein-purifying patents.

**Boston Scientific Fails to Save Heart Valve Patent on Appeal**
Boston Scientific Corp.'s Scimed subsidiary can't revive parts of its heart valve patent invalidated by the U.S. Patent and Trademark Office, the Federal Circuit affirmed in a sealed opinion.

**Teva Wins Ruling on Patents for Bendeka Cancer Drug**
Teva Pharmaceutical Industries Ltd. won a ruling that could keep its cancer drug Bendeka free from generic competition for more than a decade.

**Abbott's Covid-19 Antibody Test Gets Emergency Use Nod From FDA**
Abbott Labs rebounded from near session lows after an FDA letter showed the company's antibody test for coronavirus that causes Covid-19 received Emergency Use Authorization (EUA).

**Vaccine Coalition Sees Potential to Go Faster in Covid Race**
A vaccine to halt the coronavirus pandemic could be available as early as this year for vulnerable groups such as health-care workers, even faster than initially thought, according to a key group at the heart of the global development effort.

**Two Arthritis Drugs Show Different Benefits for Coronavirus**
Conflicting trial results on Monday dealt a blow to the idea of using rheumatoid arthritis medicines for a broad group of coronavirus patients.

**FDA Takes Aim at Vaping Products Meant to Look Like Candy, Toys**
Makers of e-cigarette products that look like toys and candy and help minors hide their vaping from parents are taking heat from the Food and Drug Administration.

**J&J Fails to Knock Out 16,000 Ovarian-Cancer Talc Lawsuits**
Johnson & Johnson must defend against thousands of lawsuits from women claiming the iconic Baby Powder caused their ovarian cancers after a judge found portions of the science underlying their allegations was valid.

## Congress

**Cures 2.0 Aims to Speed Up Virus Response, Curb Future Outbreaks**
The HHS would have to develop a national strategy for beefing up the nation's ability to spot and test for Covid-19 as well as future outbreaks, under a proposal from two lawmakers looking to follow up on their landmark biomedical innovation law.



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

Health Insurers Propose Subsidies but Shun Government Coverage
Health insurers are pushing Congress for more government help in the face of Covid-19—including near total premium subsidies for people who lose their jobs and stay on their employer-sponsored insurance—but they're steering clear of the next step, full government-sponsored coverage.

## States

Illinois Judge Rules Against State's Stay-at-Home Order
An Illinois judge ruled that Governor J.B. Pritzker's stay-at-home order violated the liberty of a state lawmaker who sued to block the measure, signaling potential legal hurdles for extended periods of social distancing during the coronavirus outbreak.

New Mexico Mayor Defies Virus Order, Tells Businesses to Reopen
Gun stores and golf courses got the green light to reopen Monday in one New Mexico city, where the mayor is bucking state directives that aim to prevent the spread of the coronavirus.

New York May Reopen Some Parts in May; N.J. Says Not so Fast
New York Governor Andrew Cuomo said there could be a case for reopening some regions of the state in May, while New Jersey counterpart Phil Murphy said his stay-at-home order will "remain in effect in its entirety until further notice."

Tennessee Wants Sixth Circuit Redo on Abortion Delay Rule
Tennessee officials are asking the full Sixth Circuit to take another look at an emergency order that treats abortion as an elective surgery that must be postponed during the coronavirus pandemic.

Abortion Provider Wants West Virginia Emergency Order Blocked
A West Virginia abortion provider wants a federal court to stop state officials from enforcing an emergency coronavirus order to prohibit most, if not all, abortions in the state for its duration.

## Also in the News

Coronavirus Lingers in Air of Crowded Spaces, New Study Finds
The new coronavirus appears to linger in the air in crowded spaces or rooms that lack ventilation, researchers found in a study that buttresses the notion that Covid-19 can spread through tiny airborne particles known as aerosols.

UPS to Fly Medications by Drone to Florida Retirement Area
United Parcel Service Inc. will use drones to fill prescriptions for residents of The Villages in Florida, one of the country's biggest retirement communities, amid a lockdown to halt the coronavirus.

Germany Taps SAP, Deutsche Telekom for Contact Tracing App
The German government has asked SAP SE and Deutsche Telekom AG to develop an app to trace coronavirus infections.

## Business & Practice

Weil Gotshal Hires FTC Health Care, Technology Merger Enforcer
Michael Moiseyev, a former assistant director at the Federal Trade Commission who oversaw hundreds of merger reviews, has joined Weil, Gotshal & Manges LLP.



© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

## WORKFLOWS

**Blank Rome** added insurance recovery lawyer Kelly A. Jauregui Wueste in New York as an associate; she arrives from Lowenstein Sandler | **Morrison & Foerster** announced that Leonora M. Shalet has joined the Private Funds Group as a partner in New York | **Weil, Gotshal & Manges** said that Michael Moiseyev, former Assistant Director of FTC Bureau of Competition, has joined as a partner in the Antitrust & Competition practice in Washington | **Dechert** added partners Kimberly Branscome and Jay Bhimani, and counsel Benjamin Sadun to the Product Liability and Mass Torts practice in Los Angeles; Branscome will also serve as Managing Partner of the Los Angeles office | **Lowenstein Sandler** hired Mary Storella as senior counsel in Madison, N.J.; she will also serve as vice chair of the life sciences group and head of life sciences transactions | **DLA Piper** said Daniel Garen joined the Litigation and Regulatory practice as a partner in Washington | **Latham & Watkins** hired Suzanne Uhland as a partner in the Restructuring & Special Situations Practice within the Finance Department in New York from O'Melveny | **Sidley Austin** added Nathan Greene and Jay Baris as partners in its Investment Funds group in New York from Shearman & Sterling.

If you haven't already, be sure to follow us on Twitter, Flipboard, LinkedIn, Reddit, and Facebook.

To contact the reporter on this story: Elliott T. Dube in Washington at edube@bloomberglaw.com

**Bloomberg Law**® © 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services