# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL POSEY SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Aleta A. Trauger |
| BROOKDALE SENIOR LIVING INC., | ) | |
| LUCINDA M. BAIER, T. ANDREW | ) | Case No. 3:20-cv-00543 |
| SMITH, and STEVEN E. SWAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## INDEX
### EXHIBITS TO THE DECLARATION OF GEOFFREY J. RITTS
### IN SUPPORT OF
### THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

| | |
|---|---|
| Exhibit 31 | 4-2 Mealey's Elder Law Report 24, *Settlement Resolving Claims Against Florida Assisted Living Facilities Gets Final OK* (Apr. 21, 2020) |
| Exhibit 32 | 4-2 Mealey's Elder Law Report 25, *Some Class Claims Against Assisted Living Company Survive; Others Dismissed* (Apr. 21, 2020) |
| Exhibit 33 | 20-4 Mealey's Litig. Rep. Class Actions 14, *Settlement Resolving Claims Against Florida Assisted Living Facilities Gets Final OK* (Apr. 24, 2020) |
| Exhibit 34 | Paula Span, Some Assisted-Living Residents Don't Get Promised Care, Suit Charges, New York Times (Feb. 14, 2020) |
| Exhibit 35 | Jondi Gumz, *Brookdale Senior Living Residents Join Class Action Lawsuit*, Santa Cruz Sentinel (Apr. 2, 2018) |
| Exhibit 36 | PR Newswire, *Rosen Bien Galvan & Grunfeld: Elderly Residents File Ground-Breaking Class Action Lawsuit Against NYSE-Traded Brookdale Senior Living Over Financial Abuse and Widespread Violations of the ADA* (Jul. 14, 2017) |
| Exhibit 37 | Lois A. Bowers, McKnight's Senior Living, *Brookdale hit with class-action lawsuit claiming understaffing, ADA violations* (Jul. 16, 2017) |
| Exhibit 38 | Mary Kate Nelson, Senior Housing News, *Brookdale Faces First-Of-Its-Kind ADA Lawsuit* (Jul. 16, 2017) |
| Exhibit 39 | Barbara Feder Ostrov, California Healthline, *Largest Assisted Living Chain In U.S. Sued For Poor Care Of Elderly* (Sept. 7, 2017) |

| | |
|---|---|
| Exhibit 40 | Corrado Rizzi, ClassAction.org, *Lawsuit Says Brookdale Senior Living 'Scheme' Defrauds Residents, Families* (Apr. 4, 2017) |

Dated: January 15, 2021

Respectfully submitted,

/s/ Geoffrey J. Ritts

Geoffrey J. Ritts (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939
gjritts@jonesday.com

Britt K. Latham (BPR #23149)
Briana T. Sprick Schuster (BPR #038305)
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
blatham@bassberry.com
briana.sprick.schuster@bassberry.com

*Attorneys for Defendants Brookdale Senior Living Inc., Lucinda M. Baier, T. Andrew Smith, and Steven E. Swain*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on January 15, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Stephanie Bartone (sbartone@zlk.com)

Saul C. Belz (sbelz@glankler.com)

Paul Kent Bramlett (pknashlaw@aol.com)

Robert P. Bramlett (robert@bramlettlawoffices.com)

Patrick V. Dahlstrom (pdahlstrom@pomlaw.com)

James A. Holifield, Jr.(aholifield@holifieldlaw.com)

J. Alexander Hood, II (ahood@pomlaw.com)

Shannon L. Hopkins (shopkins@zlk.com)

Jeremy A. Lieberman (jalieberman@pomlaw.com)

Sebastiano Tornatore (stornatore@zlk.com)

Parties may access this filing through the Court's system.

/s/ Geoffrey J. Ritts

Geoffrey J. Ritts (admitted *pro hac vice*)

*One of the Attorneys for Defendants Brookdale Senior Living Inc., Lucinda M. Baier, T. Andrew Smith, and Steven E. Swain*