# EXHIBIT 38

  


Green Courte Partners®

Pursuing Independent Living and Active Adult Acquisitions with Trust and Creativity.

Matt Pyzyk
mattpyzyk@greencourtepartners.com

Mark Scully
mscully@greencourtepartners.com

**MANAGEMENT & OPERATIONS**

# Brookdale Faces First-Of-Its-Kind ADA Lawsuit

By **Mary Kate Nelson** | July 16, 2017

**Share**

Brookdale Senior Living (NYSE: BKD) is the target of what might be the first-ever class action lawsuit against an assisted living provider brought under the Americans with Disabilities Act of 1990 (ADA).

The lawsuit, filed July 13 in U.S. District Court in California, accuses the nation's largest senior housing provider of violating the ADA, as well as committing financial abuse. The lawsuit was brought by four seniors currently living in Brookdale communities in California.

Specifically, Brookdale communities in California are reportedly refusing to offer residents who have mobility disabilities equal and full access to transportation services.



YOU'RE UNIQUE

Your Financing Solutions Should Be Too

**NHI**
NATIONAL HEALTH INVESTORS®

NHIREIT.COM | 615.890.9100

## Subscribe

Receive industry updates and breaking news from SHN

**SUBSCRIBE**

## Related Stories

  

Building & Design    Communities    Finance    Law & Regulation

 SENIOR HOUSING NEWS

Operations

 PGIM REAL ESTATE

SENIOR HOUSING STA

Diverse investing and financing soluti

Find Out More

For Professional Investors only. All investments involve risk, including the possible loss of cap

Both of these failings violate the ADA, according to the lawsuit.

Brookdale, for its part, is "defending [itself] vigorously" against the allegations.

"We were notified that California attorneys representing four residents filed a lawsuit trying to create a class action," Brookdale Senior Public Relations Specialist Heather Hunter told Senior Housing News. "We believe this lawsuit is without merit."

It is critical that assisted living providers comply with the ADA, as most residents in assisted living communities have some form of disability, Gay Grunfeld, a partner with Rosen Bien Galvan & Grunfeld LLP in San Francisco who's

ACQUISITIONS

**Bridge Seniors Housing CEO Chapin: Acquisition Prices Very Concerning**

March 24, 2019

SPONSORED BY:

PHILIPS

**New Contact Tracing tool can help operators act quickly to prevent a community outbreak**

MANAGEMENT & OPERATIONS

**New Senior Investment Group Names Smith CFO**

January 1, 2019

SUBSCRIBE　　SEARCH　　

Building & Design　　Communities　　Finance　　Law & Regulation

**SENIOR HOUSING NEWS**

Operations

### Emeritus call-back

The lawsuit also paints Brookdale as a provider that habitually staffs its California communities improperly.

Brookdale "systemically understaffs its facilities, cuts caregiver hours, and fails to train workers, all to boost its profitability, while the residents in Brookdale's care are forced to endure increasingly expensive monthly charges and worsening care," the lawsuit says.

All of this has reportedly led to a myriad of issues.

"The results of Brookdale's callous and profit-driven approach are devastating: as multiple reports by state regulators confirm, residents are left without assistance for hours after falling, they are given the wrong medications, they are denied clean clothing, showers, and nutritious food, and they are left in their own waste for long periods of time," the lawsuit says.

Some allegations raised in the lawsuit against Brookdale are reminiscent of stories told in a

## Latest Research

### 2020 Senior Housing Outlook Report

Occupancy concerns are falling as attention to middle market senior housing rises, and M&A activity continues across the sector. Those are just some of the insights coming from leaders in the world of senior housing on the dawn of this new decade.

### The Changing Face of Active Adult Rental

This report reveals the depth of senior housing's interest in active adult, the execution of the product and how these factors are re-writing the care continuum.

### Inside the Rise of Senior Living Virtual Reality

After a decade of whispers, trials, pilots and promise, virtual reality now seems on the precipice of a boom in senior housing and senior care settings.

Case 3:20-cv-00543　　Document 46-8　　Filed 01/15/21　　Page 4 of 7 PageID #: 1379

  

at the time, was the largest assisted living provider in the country. Emeritus merged with Brookdale in 2014.

The documentary cited complaints against Emeritus' staffing shortages, as well as the company's apparent practice of admitting residents who were "too sick" to live in its communities.

**Written by** Mary Kate Nelson

**ALL IN ONE PLACE. NOW.**



**SIGNATURE BRIDGE LOANS**

**TALK TO AN EXPERT**



**CAMBRIDGE**
*Senior Housing & Healthcare Capital™*

**Companies featured in this article:**

Brookdale Senior Living

---

---

---

**Mary Kate Nelson**

## You May Also Like

**Covid-19 News Bulletin: Assisted Living Covid-19**

**Brookdale Receives $67.5M in New Relief Funds, CEO**

**With Occupancy at 74%, Brookdale Execs Focus on**

**Holiday CEO: We Have 'Changed Our Story' Following**

## Industry Jobs

**Care Giver PT all shifts**

Sunrise Senior Living | *Park Ridge, Illinois*

---

**Care Giver**

Sunrise Senior Living | *Potomac Falls, Virginia*

---

**CNA – NOC Shift, Part Time**

Sunrise Senior Living | *San Mateo, California*

**VIEW ALL JOBS**

Case 3:20-cv-00543    Document 46-8    Filed 01/15/21    Page 5 of 7 PageID #: 1380

REPORTS　　EVENTS　　JOBS　　AWARDS　　PODCAST　　　SUBSCRIBE　　SEARCH

WEBINARS　　SHN +

 

Building & Design　　Communities　　Finance　　Law & Regulation


SENIOR HOUSING NEWS

Operations

**Pandemic Struck**

Tim Mullaney

---

**Brookdale CEO: We Reinvented Our Business Model, Are**

**Primed for Sustained Pandemic**

Tim Regan

**Brookdale Acquires 8 Properties from NHI for $39 Million**

Chuck Sudo



NIC COMMUNITY CONNECTOR™

The only year-round digital platform in Seniors Housing & Care that enables peer-to-peer networking.

SUBSCRIBE TODAY

**ABOUT**

About SHN

Contact

Companies

Advertising

Events

**LEGAL**

Terms of Service

Privacy Policy

**FOLLOW US**



  
Building & Design    Communities    Finance    Law & Regulation



Operations

Senior Housing News (SHN) is the leading source for news and information covering the senior housing industry. SHN is part of the Aging Media Network.

© Senior Housing News 2020. All rights reserved.

Case 3:20-cv-00543    Document 46-8    Filed 01/15/21    Page 7 of 7 PageID #: 1382