# EXHIBIT
# 41

# Nursing Home Loses Bid to Arbitrate Suit Alleging Poor Care

Published: Jun 14 2019 15:42:05

News Story

• Patients complain of substandard treatment at 'five star' facility

• Lead plaintiff not bound by agreement signed by husband

By   Perry Cooper

(Bloomberg Law) --

Brookdale Senior Living Inc. can't send a class action alleging it mistreated patients at a Kentucky nursing home to arbitration, a federal court said June 13.

"There is no indication that the plaintiff's husband had the authority to sign the admission agreement on her behalf," Judge Danny C. Reeves wrote for the U.S. District Court for the Eastern District of Kentucky.

Kentucky law gives a spouse authority to make health care decisions, but entering into an arbitration agreement is not a health care decision, the court said.

Carrie Johnson's suit against Brookdale alleges she received substandard treatment at Brookdale Richmond Place, a skilled nursing facility located in Lexington. She alleges she experienced poor hygiene, contracted infections, was hospitalized, and experienced unnecessary pain and suffering.

Johnson alleges she was lured to the facility because of a five-star rating she says was "fraudulently inflated."

The court dismissed more than half of her 23 causes of action, including those for breach of contract and civil conspiracy. Her claims for negligence, fraud, and other causes of action remain pending.

Golden Law Office PLLC in Lexington, Ky., represented the residents.

Quintairos, Prieto, Wood & Boyer P.A. represented the Brookdale.

The case is   Johnson v. BLC Lexington SNF, LLC, 2019 BL 217971, E.D. Ky., No. 19-64, 6/13/19.

To contact the reporter on this story:    Perry Cooper in Washington at   pcooper@bloomberglaw.com

To contact the editors responsible for this story:    Jo-el J. Meyer at   jmeyer@bloomberglaw.com ;    Steven Patrick at spatrick@bloomberglaw.com

**Bloomberg Law**®

© 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Case 3:20-cv-00543    Document 47-1    Filed 01/15/21    Page 2 of 2 PageID #: 1398