# EXHIBIT 42

# Class Suit Over Poor Nursing Home Care Will Stay in Federal Court

Published: Oct 29 2019 17:04:52

News Story

• Patients complain of substandard treatment at 'five star' facility

• Sixth Circuit won't take up appeal of CAFA jurisdiction

By   Perry Cooper

(Bloomberg Law) --

Brookdale Senior Living Inc. will continue to face a class action alleging it mistreated patients at a Kentucky nursing home in federal court, after the Sixth Circuit refused Oct. 28 to review denial of the plaintiffs' bid to return the case to state court.

Brookdale removed Carrie Johnson's suit from state court under the Class Action Fairness Act. Johnson sought remand, arguing CAFA's local controversy exception applied, but the lower court denied her motion.

She asked the Sixth Circuit to let her appeal.

But she hasn't shown remand was mandated by the exception and hasn't raised an unsettled CAFA-related question, the appeals court said. There is no basis for immediate appeal, but Johnson can challenge the remand order on appeal from an eventual final judgment, it said.

Johnson alleges she received substandard treatment at Brookdale Richmond Place, a skilled nursing facility located in Lexington. She was lured to the facility because of a five-star rating she says was "fraudulently inflated," she says.

Judges Eric L. Clay, Bernice B. Donald, and Joan L. Larsen of the U.S. Court of Appeals for the Sixth Circuit sat on the panel.

Golden Law Office PLLC in Lexington, Ky., represented the residents. Quintairos, Prieto, Wood & Boyer P.A. represented Brookdale.

The case is   In re Johnson, 2019 BL 413807, 6th Cir., No. 19-0506, order10/28/19.

To contact the reporter on this story:     Perry Cooper in Washington at   pcooper@bloomberglaw.com

To contact the editors responsible for this story:     Jo-el J. Meyer at   jmeyer@bloomberglaw.com ;     Nicholas Datlowe at ndatlowe@bloomberglaw.com

**Bloomberg Law**®          © 2020 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Case 3:20-cv-00543    Document 47-2    Filed 01/15/21    Page 2 of 2 PageID #: 1400