**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER MICHAEL POSEY, SR., individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 3:20-cv-0543** |
| | ) | **Judge Aleta A. Trauger** |
| **BROOKDALE SENIOR LIVING, INC., LUCINDA M. BAIER, ANDREW SMITH, and STEVEN E. SWAIN,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons explained in the accompanying Memorandum, the defendants' Motion to Dismiss the Amended Complaint (Doc. No. 42) is hereby **GRANTED**, without prejudice to a future motion to amend the Complaint. The court hereby **STAYS** the entry of judgment in this case for at least a period of 21 days. If Struve files a motion to amend the Complaint within those 21 days, then the entry of judgment shall be **STAYED** pending resolution of that motion. If no such motion is filed within 21 days, the Clerk is directed to enter judgment in favor of the defendants in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge