**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**


Christopher Michael Posey, Sr, et al.

                                    Plaintiff,

v.                                                Case No.: 3:20–cv–00543


Brookdale Senior Living, Inc., et al.

                                    Defendant,

## **ENTRY OF JUDGMENT**


    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/29/2021 re [53].


                                        Lynda M. Hill
                            s/ Lindsay Newsom, Deputy Clerk